```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A03-0183--CV (JWS)
                   "TERESA OOTEN MAULE V GEICO"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 08/20/03
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (110) Insurance
                     UNINSURED MOTORIST
             Origin: (2) Removed from State Court
             Demand: 75
         Filing fee: Paid $150.00 on 08/20/03 receipt # 00121093
           Trial by: Jury
```

Parties of Record:                              Counsel of Record:

PLF 1.1        MAULE, TERESA OOTEN              Stephen M. Sims
                                                821 N Street, Suite 103
                                                Anchorage, AK 99501
                                                907-276-5858
                                                FAX 907-279-3829

DEF 1.1        GOVERNMENT EMPLOYEES INSURANCE   Mark E. Wilkerson
               COMPANY                          Wilkerson Hozubin et al
                                                310 K Street, Suite 405
                                                Anchorage, AK 99501
                                                907-276-5297
                                                FAX 907-276-5291

                                                Rebecca J. Hozubin
                                                Wilkerson Hozubin & Burke
                                                310 K Street
                                                Suite 405
                                                Anchorage, AK 99501
                                                907-276-5297
                                                FAX 907-276-5291

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A03-0183--CV (JWS)
                  "TERESA OOTEN MAULE V GEICO"

                     For all filing dates
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 08/20/03
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (110) Insurance
                   UNINSURED MOTORIST
           Origin: (2) Removed from State Court
           Demand: 75
       Filing fee: Paid $150.00 on 08/20/03 receipt # 00121093
         Trial by: Jury
```

```
Document #   Filed      Docket text

   1 -  1   08/20/03   DEF 1 Notice of Removal from state court 3AN-03-9360CV w/att exhs.

   1 -  2   08/20/03   DEF 1 Jury Demand.

   2 -  1   08/21/03   JKS Minute Order to petitioner subsequent to removal.  Petitioner to
                       file w/i 10 days w/crt copies of state court docs & svc list. cc: cnsl

   3 -  1   08/26/03   DEF 1 Service List.

   4 -  1   08/27/03   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/i 28 days from svc of this ord. cc: cnsl

   5 -  1   08/27/03   DEF 1 Notice of removal w/att state court doc.

   6 -  1   09/15/03   PLF 1; DEF 1 Report re: parties planning meeting.

   7 -  1   09/17/03   PLF 1 motion to remand to state court w/att memo & exhs.

   8 -  1   09/17/03   PLF 1 motion on shortened time on motion to remand w/att aff.

   9 -  1   09/18/03   JKS Minute Order denying mot on shortened time on mot to remand (8-1).
                       cc: cnsl

  10 -  1   09/23/03   DEF 1 Disclosure Statement.

  11 -  1   10/02/03   DEF 1 oppo to PLF 1 mot to remand to state court (7-1).

  12 -  1   10/10/03   PLF 1 reply to oppo to PLF 1 mot to remand to state court (7-1).

  13 -  1   10/14/03   DEF 1 Qualified non-oppo to PLF 1 mot to dismiss claims regarding jury
                       trial and injunctive relief (7-1).

  14 -  1   10/23/03   PLF 1 reply to qualified non-oppo to dismiss claims regarding jury trial
                       and injunctive relief (7-1).

  15 -  1   11/07/03   JKS Order denying motion to remand to state court (7-1). cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0183--CV (JWS)
                                  "TERESA OOTEN MAULE V GEICO"

                                         For all filing dates


 Document #    Filed      Docket text

    16 -   1   11/14/03   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                          discovery 06/30/04; Dispositive motions deadline 07/30/04; Estimate of
                          trial 7 days. cc: cnsl

    17 -   1   12/08/03   PLF 1 Preliminary Witness List.

    18 -   1   03/26/04   DEF 1 motion for partial summary judgment w/att memo & exh.

    19 -   1   04/09/04   PLF 1 Stipulation to allow extension of time of one week to respond to
                          motion for partial summary judgment.

    19 -   2   04/12/04   JKS Order granting stip to allow ext of time of one week to respond to
                          mot for part sj (19-1). cc: cnsl

    20 -   1   04/16/04   PLF 1 motion to amend complaint w/att memo & proposed second amended
                          cmplt.

    21 -   1   04/16/04   PLF 1 motion for summary judgment and/or judgment on the pleadings w/att
                          memo & exhs.

    22 -   1   04/16/04   PLF 1 Certificate of service re: PLF 1 motion to amend complaint
                          (20-1), PLF 1 motion for summary judgment and/or judgment on the
                          pleadings  (21-1).

    23 -   1   04/16/04   PLF 1 Request for Oral Argument re: DEF 1 motion for partial summary
                          judgment(18-1) .

    24 -   1   04/20/04   PLF 1 motion to deem requests for admissions admitted w/att exhs.

    25 -   1   04/27/04   DEF 1 motion to strike plaintiff's response to defendants' motion for
                          summary judgment.

    25 -   2   04/27/04   DEF 1 motion (cross) for summary judgment w/att memo.

    26 -   1   05/03/04   DEF 1 oppo to PLF 1 mot to amend cmplt (20-1) w/att exh.

    27 -   1   05/05/04   DEF 1 oppo to PLF 1 mot to deem req for admissions admitted (24-1) w/att
                          exhs.

    28 -   1   05/10/04   PLF 1 oppo to DEF 1 mot to strike plf's response to defs' mot for sj
                          (25-1), DEF 1 mot (cross) for sj (25-2).

    29 -   1   05/11/04   PLF 1 reply to oppo to PLF 1 mot to deem requests for admissions
                          admitted (24-1).

    30 -   1   05/11/04   PLF 1 Request for O/A re: DEF 1 mot (cross) for sj (25-2).

    31 -   1   05/11/04   DEF 1 reply to oppo to PLF 1 mot to amend cmplt (20-1) w/att exh.

    32 -   1   05/17/04   DEF 1 reply to oppo to DEF 1 mot to strike plf's response to defs' mot
                          for sj (25-1).

    32 -   2   05/17/04   DEF 1 oppo to DEF 1 mot (cross) for sj (25-2).

    33 -   1   06/03/04   PLF 1 Final Witness List.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0183--CV (JWS)
                                   "TERESA OOTEN MAULE V GEICO"

                                          For all filing dates


 Document #    Filed       Docket text

    34 -   1   06/03/04    DEF 1 motion to compel w/att exhs.

    35 -   1   06/03/04    DEF 1 Final Witness List.

    36 -   1   06/08/04    JKS Order denying mot for sj and/or judgment on the pleadings (21-1), mo
                           to deem reqs for admissions admitted (24-1), mot to strike plf's
                           response to defs' mot for sj (25-1), mot (cross) for sj (25-2);
                           granting/denying mot for part sj (18-1), mot to amend cmplt (20-1). cc:
                           cnsl

    37 -   1   06/09/04    DEF 1 motion (request) for status hearing.

    38 -   1   06/15/04    JKS Minute Order denying as moot mot (request) for status hearing
                           (37-1). cc: cnsl

    39 -   1   06/15/04    PLF 1 part oppo to DEF 1 mot to compel (34-1).

    40 -   1   06/21/04    DEF 1 reply to opposition to DEF 1 motion to compel (34-1) w/att exh.

    41 -   1   06/25/04    DEF 1 Suppl to Final Witness List.

    42 -   1   07/06/04    JKS Minute Order setting hrg on mot to compel for 07/16/04 at 2:30 p.m.
                           cc: cnsl

    43 -   1   07/19/04    JKS Court Minutes [ECR: Debby Willoughby-Lyons] re hearing on mot to
                           compel (held 7/16/04) granting motion to compel (34-1). cc: cnsl

    44 -   1   07/30/04    DEF 1 motion to strike witnesses attorney Mark Wilkerson & defense
                           expert Anthony Woodward from plaintiff's final witness list w/att memo &
                           aff.

    45 -   1   07/30/04    DEF 1 motion for summary judgment re: unconscionability/bad faith w/att
                           exhs.

    46 -   1   08/02/04    DEF 1 Errata re: DEF 1 motion for summary judgment re:
                           unconscionability/bad faith (45-1) w/att exhs.

    47 -   1   08/12/04    PLF 1 opposition to DEF 1 motion to strike witnesses attorney Mark
                           Wilkerson & defense expert Anthony Woodward from plaintiff's final
                           witness list (44-1) w/att exh.

    48 -   1   08/18/04    PLF 1 stipulation for ext of time for pltf to resonse to def's mot for
                           SJ.

    48 -   2   08/19/04    JKS Order granting stipulation for ext of time for 2 weeks for pltf to
                           resonse to def's mot for SJ (48-1). cc: cnsl

    49 -   1   08/19/04    DEF 1 reply to opposition to DEF 1 motion to strike witnesses attorney
                           Mark Wilkerson & defense expert Anthony Woodward from plaintiff's final
                           witness list (44-1).

    50 -   1   08/19/04    DEF 1 Notice of withdrawal of expert.

    51 -   1   09/02/04    Stipulation (2nd) for 3 week extension for plaintiff to respond to
                           defendant's motion for summary judgment.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0183--CV (JWS)
                              "TERESA OOTEN MAULE V GEICO"
```

```
                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 51 - 2 | 09/03/04 | Order approving stip (2nd) for 3 week ext for plf to respond to def's mot for sj (51-1). cc: cnsl |
| 52 - 1 | 09/14/04 | JKS Minute Order granting w/o prejuduce motion to strike witnesses (44-1). cc: cnsl |
| 53 - 1 | 09/23/04 | PLF 1; DEF 1 (third) Stipulation for ext of time for 1 week to respond to mot for SJ re: Unconscionability/Bad Faith. |
| 54 - 1 | 09/28/04 | PLF 1 motion for stay of suit and remand for arbitration & reformation w/att memo & exhs. |
| 55 - 1 | 09/29/04 | PLF 1 opposition to DEF 1 motion for summary judgment re: unconscionability /bad faith (45-1) w/att exhs. |
| 56 - 1 | 10/01/04 | DEF 1 motion & memo to set trial date. |
| 53 - 2 | 10/04/04 | JWS Order granting (third) stipulation for ext of time for 1 week to respond to mot for SJ re: Unconscionability/Bad Faith (53-1). cc: cnsl |
| 57 - 1 | 10/04/04 | PLF 1; DEF 1 Stipulation for ext of time for def to file repoly to oppo to mot for SJ. |
| 57 - 2 | 10/06/04 | JKS Order granting stipulation for ext of time to 10/21/04 for def to file reply to oppo to mot for SJ (57-1). cc: cnsl |
| 58 - 1 | 10/21/04 | Stipulation for extension of time until 10/29/04 to file defendant's reply to the motion for summary and oppo to the  motion for stay of suit and remand for arbitration. |
| 58 - 2 | 10/22/04 | Order granting stipulation for extension of time until 10/29/04 to file defendant's reply to the motion for summary judgment and oppo to the motion for stay of suit and remand for arbitration  (58-1).  cc: cnsl |
| 59 - 1 | 10/25/04 | PLF 1 motion & memo to amend complaint of damages to an amt greater than $75,000. |
| 60 - 1 | 10/26/04 | PLF 1 motion in limine w/att exhs. |
| 61 - 1 | 10/27/04 | DEF 1 reply to opposition to DEF 1 motion for summary judgment re: unconscionability/bad faith (45-1) w/att exhs. |
| 62 - 1 | 10/29/04 | DEF 1 Unopposed motion for ext of time (to 11/5) to file oppo to mot for stay of suit & remand for arbitration & reformation w/att aff. |
| 63 - 1 | 11/05/04 | DEF 1 opposition to PLF 1 motion for stay of suit and remand for arbitration & reformation (54-1) w/att exh. |
| 64 - 1 | 11/09/04 | JKS Order granting unopposed motion for ext of time (to 11/5) to file oppo to mot for stay of suit & remand for arbitration & reformation (62-1). cc: cnsl |
| 65 - 1 | 11/09/04 | PLF 1 opposition to PLF 1 motion & memo to amend complaint of damages to an amt greater than $75,000 (59-1). |
| 66 - 1 | 11/10/04 | DEF 1 opposition to PLF 1 motion in limine (60-1) w/att exhs. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A03-0183--CV (JWS)
                    "TERESA OOTEN MAULE V GEICO"

                            For all filing dates


Document #    Filed       Docket text

    67 -  1   11/15/04   PLF 1 reply to opposition to PLF 1 motion & memo to amend complaint of
                         damages to an amt greater than $75,000 (59-1).

    68 -  1   11/15/04   PLF 1 reply to opposition to PLF 1 motion in limine (60-1).

    69 -  1   11/16/04   PLF 1; DEF 1 Stipulation for ext of time to reply to oppo to 2nd mot to
                         remand to St Crt.

    69 -  2   11/16/04   JKS Order granting stipulation for ext of time to 11/19 to reply to oppo
                         to 2nd mot to remand to State Court (69-1). cc: cnsl

    70 -  1   11/23/04   PLF 1 Unopposed motion for 1 day late  flg of reply to oppo.

    71 -  1   11/23/04   PLF 1 reply to opposition to PLF 1 motion for stay of suit and remand
                         for arbitration & reformation (54-1).

    70 -  2   11/30/04   JKS Order granting unoppo mot for 1 day late flg of reply to oppo
                         (70-1). cc: cnsl

    72 -  1   12/08/04   PLF 1 Revised Final Witness List.

    73 -  1   01/10/05   JKS Order denying motion for stay of suit and remand for arbitration &
                         reformation (54-1); granting motion for summary judgment re:
                         unconscionability/bad faith (45-1), motion to amend complaint of damages
                         to an amt greater than $75,000 (59-1); granting in part & denying in
                         part motion in limine (60-1). cc: cnsl

    74 -  1   01/21/05   PLF 1 Complaint (Third Amended) w/att exhs.

    75 -  1   01/21/05   PLF 1 Notice of filing 3rd amended complaint.

    76 -  1   01/26/05   DEF 1 (renewed) motion & memo to set trial date.

    77 -  1   02/07/05   DEF 1 motion to dismiss pltf's 3rd amended complaint w/att memo.

    78 -  1   02/07/05   DEF 1 Answer to Third Amended Complaint.

    79 -  1   02/09/05   DEF 1 motion & memo to bifurcate.

    80 -  1   02/16/05   PLF 1; DEF 1 Stipulation to withdraw defs motion to dismiss.

    80 -  2   02/16/05   Clerk's Notice withdrawing motion to dismiss pltf's 3rd amended
                         complaint (77-1).

    81 -  1   02/22/05   PLF 1 opposition to DEF 1 motion & memo to bifurcate (79-1).

    82 -  1   02/28/05   DEF 1 reply to opposition to DEF 1 motion & memo to bifurcat (79-1).

    83 -  1   04/04/05   JKS Minute Order denying w/o prejudice denying motion to set trial date
                         (56-1), motion (renewed) to set trial date (76-1); denying motion to
                         bifurcate (79-1); parties to inform crt re readiness for trial & what
                         issues remain to be resolved before a trial date can be set due 4/8/05.
                         cc: cnsl

    84 -  1   04/08/05   DEF 1 Notice re: Trial Date.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0183--CV (JWS)
                                  "TERESA OOTEN MAULE V GEICO"

                                         For all filing dates


 Document #    Filed      Docket text

    85 -  1    04/08/05   PLF 1 Statement of issues.

    85 -  2    04/08/05   PLF 1 Response to ord re: certificate of readiness for trial.

    86 -  1    04/08/05   PLF 1 motion for summary judgment w/att memo & exhs.

    87 -  1    04/08/05   PLF 1 Request for Oral Argument re: PLF 1 motion for sj (86-1).

    88 -  1    04/21/05   PLF 1 opposition to PLF 1 motion for summary judgment (86-1) w/att exhs.

    89 -  1    04/29/05   Stipulation for ext of time until 5/5/05 to file plf's reply to def's
                          oppo to plf's mot for sj.

    89 -  2    05/02/05   Order approving stip for ext of time until 5/5/05 to file plf's reply to
                          def's oppo to plf's mot for sj (89-1). cc: cnsl

    90 -  1    05/05/05   PLF 1 reply to opposition to PLF 1 motion for summary judgment (86-1).

    91 -  1    05/10/05   PLF 1 motion for summary judgment against Geico based on lack of
                          mutuality in the arbitration agreement w/att memo.

    92 -  1    05/16/05   DEF 1 motion for Civil Rule 11 Sanctions w/att memo.

    93 -  1    05/18/05   DEF 1 opposition to PLF 1 motion for summary judgment against Geico
                          based on lack of mutuality in the arbitration agreement (91-1).

    93 -  2    05/18/05   DEF 1 motion for attorney fees.

    94 -  1    05/26/05   PLF 1 reply to opposition to PLF 1 motion for summary judgment against
                          Geico based on lack of mutuality in the arbitration agreement (91-1).

    95 -  1    05/26/05   PLF 1 Request for Oral Argument re: PLF 1 motion for summary judgment
                          against Geico based on lack of mutuality in the arbitration agreement
                          (91-1).

    96 -  1    05/27/05   PLF 1 opposition to DEF 1 motion for Civil Rule 11 Sanctions (92-1).

    96 -  2    05/27/05   PLF 1 motion (cross) & memo for civil rule 11 sanctions w/att exhs.

    97 -  1    05/27/05   DEF 1 Request for Oral Argument re: PLF 1 motion for summary judgment
                          against Geico based on lack of mutuality in the arbitration agreement
                          (91-1) .

    98 -  1    06/06/05   DEF 1 reply to opposition to DEF 1 motion for Civil Rule 11 Sanctions
                          (92-1).

    98 -  2    06/06/05   DEF 1 opposition to PLF 1 motion (cross) & memo for civil rule 11
                          sanctions (96-2).

    99 -  1    06/30/05   JKS Order denying mot for sj (86-1), mot for sj (91-1), mot for Civil
                          Rule 11 Sanctions (92-1), mot (cross) for civil rule 11 sanctions
                          (96-2); mots for o/a @ dkts 87, 95 & 97 denied; req for atty fees @ dkt
                          93 granted; Geico's aff & documentation re atty fees due 7/8/05; plf's
                          oppo due 7/15/05; Geico's reply due 7/20/05. cc: cnsl

   100 -  1    07/08/05   DEF 1 Affidavit re: DEF 1 motion for attorney fees (93-2).


ACRS: R_VDSDX                    As of 12/01/05 at 3:10 PM by GARRY                    Page 6
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0183--CV (JWS)
                              "TERESA OOTEN MAULE V GEICO"

                                  For all filing dates


Document #    Filed       Docket text

  101 -   1   07/15/05    PLF 1 opposition to DEF 1 motion for attorney fees (93-2).

  102 -   1   07/19/05    DEF 1 reply to opposition to DEF 1 motion for attorney fees (93-2).

  103 -   1   08/05/05    JKS Order granting motion for pltf to pay attorney fees in the amt of
                          $1072.00 to def (93-2). cc: cnsl

  104 -   1   08/22/05    JKS Order re: certification of readiness for trial; parties to certify
                          or file a report within 15 days from the date of this order. cc:cnsl

  105 -   1   09/06/05    PLF 1; DEF 1 Certification of readiness for trial.

  106 -   1   09/15/05    JKS Minute Order that by agreement of the judges this case is reassigned
                          to Judge Sedwick for all further proceedings; use case number A03-0183
                          CV (JWS) on all future filings. cc: cnsl, Judge Sedwick

  107 -   1   09/23/05    JWS Order for pre-trial proceedings & FPTC set 1/9/06 @ 8:00 a.m.; exh
                          review to be held by 12/5/05; trial docs due 1/4/06; 4 day TBJ set
                          1/30/06 @ 9:00 a.m.. cc: cnsl, JC

  108 -   1   11/14/05    JWS Minute Order resetting 1/9/06 FPTC to 1/4/06 @ 10:00 a.m.. cc: cnsl
```