FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 AM 11: 23

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GEICO GENERAL INSURANCE ) | |
| COMPANY, d\b\a GEICO, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. A03-0183 CV (JWS) |

### RENEWED MOTION AND MEMORANDUM TO BIFURCATE

Defendant GEICO, through counsel, Wilkerson, Hozubin & Burke, hereby renews its motion to bifurcate the uninsured damages portion of the case from any other claims for breach of the covenant of good faith and fair dealing or negligent adjusting. This renewed motion is made in light of the recent meeting the parties had with the court's clerk regarding exhibits.

At that meeting plaintiff conceded that if the jury does not award her any more monies than have already been paid to her by GEICO, that she will not have a claim left for negligent adjusting or breach of contract. In light of this admission, it makes sense for the proceedings to be bifurcated, in that the jury should be first allowed to determine if there are any additional damages beyond what has been paid. If so then

**WILKERSON, HOZUBIN & BURKE**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

116

plaintiffs can put on their case about negligent adjusting and breach of contract. The trial would still be conducted in the same time frame allocated now, even with the bifurcation. However, if the jury finds no additional damages other than what have been paid already, then the jury can be released early. No further court time or resources would be wasted. *See* Civil Rule 42.

Whether to bifurcate a matter rests in the discretion of the court. <u>Hayden v. Chalfant Press, Inc.</u>, 281 F.2d 54, 544 (9th Cir. 1960). Defendant asks the court to exercise its discretion and bifurcate the uninsured damages from the remainder of the claims in this case.

DATED this 8\_\_ day of December 2005.

WILKERSON, HOZUBIN & BURKE
Attorneys for Defendant GEICO

By: _____
Rebecca J. Hozubin
AK Bar No. 9806016

**WILKERSON, HOZUBIN & BURKE**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Maule v. GEICO, Case No. A03-0183 CV (JWS)
Motion to Bifurcate – Renewed
Page 2

CERTIFICATE OF SERVICE

I hereby certify that on
December  8 , 2005, a true and
correct copy of the foregoing
was mailed to the following:

Jeff Barber, Esq.
Law Office of Steve Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: *[signature]*
2000/232/Mtn to Bifurcate- Renewed

WILKERSON,
HOZUBIN &
BURKE
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Maule v. GEICO, Case No. A03-0183 CV (JWS)
Motion to Bifurcate - Renewed
Page 3