FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 4: 25

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GEICO GENERAL INSURANCE ) | |
| COMPANY, d\b\a GEICO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A03-0183 CV (JWS) |

**MOTION AND MEMORANDUM TO ACCEPT LATE FILING**

Defendant GEICO, through counsel, Wilkerson, Hozubin & Burke, and moves the court to accept its late filed Motion and Memorandum Re Illicit Drug Use. In its September 23, 2005 order, the court required motions with respect to difficult evidentiary matters be filed with the court no later than December 5, 2005.

The parties met on December 5, 2005 to review exhibits and discuss their admissibility. At that meeting the parties were not able to reach an agreement as to the admissibility of records referencing plaintiff's illicit drug use before the accident at issue. The parties continued to discuss the exhibits up until today, December 8, 2005, the day, which the exhibits are to be filed with the court. The parties were still unable to reach an agreement. As such, the attached Motion and

**WILKERSON, HOZUBIN & BURKE**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

117

Memorandum Re Illicit Drug Use is being filed today, three days after the deadline. Defendant respectfully asks that the court exercise its discretion and accept the late filing.

DATED this 8th day of December 2005.

WILKERSON, HOZUBIN & BURKE
Attorneys for Defendant GEICO

By: _____
Rebecca J. Hozubin
ABA No. 9806016

CERTIFICATE OF SERVICE

I hereby certify that on December ___, 2005, a true and correct copy of the foregoing was mailed to the following counsel:

Jeffrey Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

BY: _____
2000/232/Mtn late file

**WILKERSON, HOZUBIN & BURKE**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291