LODGED

DEC 0 8 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, )<br>)<br>              Plaintiff, )<br>)<br>vs. )<br>)<br>GEICO GENERAL INSURANCE )<br>COMPANY, d\b\a GEICO, )<br>)<br>              Defendant. )<br>_____) | **FILED**<br><br>DEC 1 2 2005<br><br>UNITED STATES DISTRICT COURT<br>DISTRICT OF ALASKA<br>By _____ Deputy<br><br>Case No. A03-0183 CV (JWS) |

**ORDER GRANTING MOTION TO ACCEPT LATE FILING**

THIS COURT, having reviewed defendant's Motion to Accept Late Filing, and any and all opposition thereto, finds the motion well taken. The motion is GRANTED. The Motion and Memorandum re Illicit Drug Use is Accepted as filed. If plaintiff has not already done so, she shall file her opposition to the same ~~within~~ on or before December 19, 2005. No reply shall be filed unless requested by ~~days~~ the court.

DATED this 12th day of December, 2005.

The Clerk will please call counsel to advise of this order.

_____
Honorable John W. Sedwick
UNITED STATES DISTRICT COURT JUDGE

per ✓  12/12/05 t/c notice: S. Sims, R. Hozubin

A03-0183--CV (JWS)   12-12-05
------------------------------------------
/ S. SIMS
/ M. WILKERSON

WILKERSON,
HOZUBIN &
BURKE
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

120