FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 PM 3:33

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERESA OOTEN MAULE,            )
                               )
              Plaintiff,       )
                               )
     vs.                       )
                               )
GEICO GENERAL INSURANCE        )
COMPANY, d\b\a GEICO,          )
                               )
              Defendant.       )
_____)   Case No. A03-0183 CV (JWS)

**GEICO'S OPPOSITION TO PLAINTIFF'S SECOND MOTION IN LIMINE**

Defendant GEICO, through counsel, Wilkerson, Hozubin & Burke, opposes plaintiff's second motion in limine. Plaintiff argues that evidence of her failure to wear a seatbelt should be precluded at trial. However, the fact that plaintiff did not and chose not to wear her seatbelt is relevant to the damages she is claiming.

> [T]he failure to wear a seat belt is relevant evidence for the purpose of damage… [T]he concept of comparative negligence contemplates the inclusion of all relevant factors in arriving at the appropriate damage award and non-use of a seat belt is a relevant factor for apportioning damages.

Hutchins v. Schwartz, 724 P.2d 1194, 1199 (Alaska 1986). There is no requirement that an expert bio-mechanical engineer must testify in every case if any evidence of the use or lack of use of a seatbelt is to be presented. Such a standard would be unfair, prejudicial and in many instances cost prohibitive for the defendant.

WILKERSON,
HOZUBIN &
BURKE
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

126

Plaintiff's claim that a "jury may unfairly blame Ms. Maule for injuries suffered in the collision without sufficient basis" is preposterous. The fact of the matter is that plaintiff was not wearing her seatbelt at the time of the accident. It is for the jury to decide, based on the weight of the testimony, whether plaintiff's own choice impacts her claim for damages in anyway.

DATED this 19th day of December 2005.

WILKERSON, HOZUBIN & BURKE
Attorneys for Defendant GEICO

By: _____
Rebecca J. Hozubin
AK Bar No. 9806016

CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2005, a true and correct copy of the foregoing was mailed to the following:

Jeff Barber, Esq.
Law Office of Steve Sims
821 N Street, Suite 103
Anchorage, AK  99501


WILKERSON, HOZUBIN & BURKE

By: _____
2000/232/Opp MIL 2