JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK  99501
(907) 276-5858
Attorneys for the Plaintiff

RECEIVED AFTER 4:30 P.M.

FILED
DEC 19 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERESA OOTEN MAULE,         )
                             )
            Plaintiff,       )
                             )
vs.                          )
                             )
Government Employees         )
Insurance    Company,        )
d\b\a GEICO,                 )
                             )
            Defendant.       )
_____)  Case No. A03-0183 CV (JWS)

## MS. MAULE'S OPPOSITION TO GEICO'S MOTION RE ILLICIT DRUG USE

GEICO requests this court to upset the law already decided in this case. The illicit drug issue was sufficiently briefed at Docket number 60 with Ms. Maule's motion *in limine* and decided at Docket number 73. GEICO asserted the same arguments, i.e., that it should be able to discuss any evidence of marijuana use in front

Law Offices of
STEVE M. SIMS
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

of the jury to prove that Ms. Maule seeks medical treatment to get pain medications for improper purposes instead of proper medical treatment. Although GEICO attaches additional records, it still utterly fails to connect marijuana to pain medication abuse. Any relevance of marijuana use by Ms. Maule is far outweighed by unfair prejudice. FRE 403. Bad conduct may not be introduced to show that Ms. Maule acted in conformity therewith. FRE 404(b).

GEICO attaches additional evidence discussing alleged drug seeking behavior, but none of this information ties marijuana use to prescription drug abuse. On the contrary, Dr. Gerlay testifies that a lot of people with drug addictions have successfully taken pain medications and that having a drug problem does not mean that a patient should not be given pain management. See Dr. Gerlay's video deposition, page 46, lin 6-15 attached hereto as Exhibit 1. As described in GEICO's attachments, one of Dr. Gerlay's primary contentions with Ms. Maule's alleged illicit drug use involves methadone which Dr. Gerlay discusses as though Ms. Maule obtained it on the street. Actually, Dr. Gerlay's predecessor, Dr. Taylor, prescribed methadone for Ms. Maule's auto collision injuries. See Exhibit 2, medical records from Dr. Taylor.

Ms. Maule does not object to any reference to methadone, which was prescribed to her by a doctor in this case. However, reference to marijuana use is highly inflammatory. Ms. Maule is entitled to a trial on the merits. Some jurors will deny her claims based solely due to bias against marijuana. Illicit drug use was sufficiently addressed in Ms. Maule's motion *in limine* at Docket 60. GEICO's motion re Illicit

Law Offices of
STEVE M. SIMS
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

2154 / 54 Plaintiff's Objections to Motion re: Illicit Drug Use
Page 2

Drug Use is an improper motion for reconsideration of the Court's ruling on Ms. Maule's Motion in Limine. Dr. Gerlay's deposition was taken before the motion in limine was litigated. There is no new information. GEICO failed to timely move to reconsider Judge Singleton's decision. Trial and settlement decisions have been based on the court's earlier ruling.

For the reasons set forth above and those addressed in the motion *in limine*, the court should deny GEICO's Motion re: Illicit Drug Use.

DATED at Anchorage, Alaska this 19TH day of December, 2005.

LAW OFFICE OF STEVE M. SIMS
Attorney for Plaintiff

By: _____
JEFF BARBER
ABA No.: 0111058

CERTIFICATE OF SERVICE AND TYPEFACE
This is to certify that on 12-19-05
a copy of the foregoing was
~~hand delivered to:~~ Mailed
Rebecca Hozubin
Wilkerson Hozubin & Burke
310 K Street., Suite 405
Anchorage, AK 99501

I Further certify that the typeface used in the foregoing document is Times New Roman 13.

_____
NICOLA PERRY   Jeff Barber

Law Offices of
STEVE M. SIMS
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

2154 / 54 Plaintiff's Objections to Motion re: Illicit Drug Use
Page 3