MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERESA OOTEN MAULE   v.   GOVERNMENT EMPLOYEES INSURANCE CO.

THE HONORABLE JOHN W. SEDWICK        CASE NO.   A03-0183 CV (JWS)

Deputy Clerk                         Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

At docket 111, plaintiff moves for an order excluding any evidence of or reference to the fact that she was not wearing a seat belt at the time of the accident. In its response, defendant effectively concedes that it will present no expert testimony attempting to prove up the extent to which a seat belt might have reduced plaintiff's injuries.

The general populace is by now well aware that it is foolish not to wear a seat belt. The accuracy of that perception, however, does not mean that a seat belt would reduce the extent of injuries in any given accident, nor can it possibly illuminate the extent to which wearing a seat belt would do so in any particular situation. The court agrees with plaintiff that in the absence of evidence showing the extent to which seat belt usage would have made a difference, the probative value of the fact that she was not wearing a seat belt would be substantially outweighed by the danger of unfair prejudice. The motion in limine at docket 111 is **GRANTED.** See Fed. R. Ev. 403.

DATE: December 23, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A03-0183--CV (JWS)   12-23-05

✓ S. SIMS
✓ M. WILKERSON

132