

FILED
DEC 2 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) | A03-183 CV (JWS) |
| Plaintiff, ) ) | ORDER FROM CHAMBERS |
| vs. ) ) | (Objections to Exhibits and Deposition Designations) |
| GEICO GENERAL INSURANCE ) COMPANY, d/b/a GEICO, ) ) | |
| Defendant. ) ) | |

## I. MATTERS ADDRESSED

Plaintiff's exhibit list is at docket 119. Defendants' objections to plaintiff's exhibits are found at docket 122. Plaintiff's arguments in support of her exhibits are at docket 128. Defendants' exhibit list is at docket 118. Plaintiff's objections to defendants' exhibits are at docket 123. Defendants' arguments in support their exhibits are at docket 125. The parties have provided copies of their exhibits for the court's review.

Plaintiff's deposition designations are found at docket 115. Defendant filed objections to plaintiff's deposition designations at docket 129 and objections to plaintiff's counter designations at docket 130. Defendant's deposition designations are at docket 114. Plaintiff objected to defendant's deposition designations and made counter designations at docket 124.

This order sets out the court's rulings on the objections to exhibits. It also sets out the court's rulings on the objections to designated deposition testimony.

133

## II. RULINGS ON ADMISSION OF EXHIBITS

### A. Plaintiff's Exhibits

| Exhibit: | Ruling: |
|---|---|
| 1 | There is no objection to Exhibit 1, which is the statement of uncontested facts, but the copy provided to the court is not signed and its text differs from the signed original filed at docket 113. The court will read the signed statement to the jury. The court will not permit introduction of Exhibit 1, because it is inaccurate. |
| 2 | The objection is that Exhibit 2, which is a copy of the insurance policy, includes the declarations page. That objection is OVERRULED. However, the court will not permit introduction of a document identical to that actually provided to the court. That document does not include the declarations page and it includes computer screen printouts and correspondence which are not part of the insurance policy. Counsel shall see to it that Exhibit 2 as actually provided to the jury consists only of the insurance policy (including the declarations page). |
| 3 | OVERRULED PROVIDED plaintiff presents a witness who testifies that the entries on the summary reflect the cost of medical treatment related to the accident. Such witness will, of course, be subject to cross-examination as to the accuracy of, and propriety of including, any entry on the summary. If requested, Ninth Circuit model civil jury instruction number 3.10 will be given. |
| 5 | SUSTAINED. |
| 10 | OVERRULED. |
| 15 | OVERRULED. This ruling does not foreclose cross-examination of plaintiff regarding possible causes/sources of her condition other than the auto accident. |
| 24 and 25 | OVERRULED. |
| 26 and 27 | SUSTAINED. |
| 28 | SUSTAINED, but individual bills may be offered when |



|    |    |
|----|----|
|    | appropriate subject to a further opportunity to object to each of the ones offered. |
| 29 | RULING RESERVED. Among other things, the court entertains serious doubts about plaintiff's ability to lay a foundation for admission of this document, but will take the matter up outside the presence of the jury at an appropriate time during trial. |

### B. Defendants' Exhibits

| Exhibit: | Ruling: |
|----------|---------|
| B | SUSTAINED, subject to reconsideration in the unlikely event that the court grants the motion at docket 121 as to which defendant still has an opportunity to file a reply memo. |
| C | SUSTAINED. |
| G | SUSTAINED. |
| I | OVERRULED, EXCEPT SUSTAINED as to Interrogatory 11, which shall be redacted from the exhibit. |

### III. RULINGS ON OBJECTIONS TO DEPOSITION DESIGNATIONS

A general comment is in order, because both plaintiff's and defendant's counsel have made some objections that have been waived. Pursuant to Rule 32(d)(3)(A) an objection made on a ground that might have obviated or removed at the time of the deposition (such as by making the inquiry using a non-leading question, or first laying a foundation) is waived if not raised at the deposition. With that in mind, counsel may better understand some of the rulings set out below.

### A. Deposition of Stanley R. Throckmorton

| Page and line: | Ruling: |
|----------------|---------|
| P. 9, ll. 3-6  | OVERRULED. |


| | |
|---|---|
| P. 13, ll. 9-18 | OVERRULED. |
| P. 29, ll. 8-24 | OVERRULED. |
| P. 30, l. 14 – p. 31, l. 9 | SUSTAINED. |
| P. 36, ll. 7-10 | SUSTAINED. |
| P. 36, l.11 – p. 37, l. 22 | OVERRULED. |
| P. 37, l. 23 – p. 38, l. 2 | OVERRULED. |
| P. 40, l. 12 – p. 41, l. 22 | OVERRULED. |
| P. 41, l. 23 – p. 42, l. 2 | SUSTAINED. |
| P. 43, l. 3 – p. 44, l. 22 | SUSTAINED. |
| P. 44, l. 23 – p. 45, l. 24 | SUSTAINED. |
| P. 45, l. 25 – p. 47, l. 21 | OVERRULED. |
| P. 51, ll. 17-23 | SUSTAINED. |
| P. 55, ll. 4-20 | OVERRULED. |
| P. 65, ll. 8-16 | OVERRULED. |
| P. 66, ll. 11-23 | OVERRULED. |
| P. 67, l.24 – p. 68, l. 11 | OVERRULED. |
| P. 68, l. 16 – p. 69, l. 16 | OVERRULED. |

**B. Deposition of Gary S. Gerlay**

| **Page and line:** | **Ruling:** |
|---|---|
| P. 9, ll. 13-15 | OVERRULED. |
| P. 20, ll. 10-11 | OVERRULED. |
| P. 28, ll. 22-23 | SUSTAINED, re: "positive for marijuana." |

| | |
|---|---|
| P. 29, l. 19 | SUSTAINED, re: "marijuana always shows up." |
| P. 30, ll. 10-14 | SUSTAINED. |
| P. 33, ll. 3-24 | SUSTAINED. |
| P. 36, ll. 7-8 | SUSTAINED. |
| P. 36, ll. 14-15 | SUSTAINED. |
| P. 43, ll. 2-9 | OVERRULED. |
| P. 43, ll. 10-13 | OVERRULED. |
| P. 45, ll. 15-19 | OVERRULED. |
| P. 45, l. 20 – p. 46, l. 2 | OVERRULED. |
| P. 87, l. 9 – p. 88, l. 1 | OVERRULED, EXCEPT SUSTAINED as to page 87, line 22. |

Counter Designation Rulings:

| | |
|---|---|
| P. 51, l. 14 – p. 52, l. 4 | OVERRULED. |
| P. 56, ll. 9-24 | SUSTAINED. |
| P. 57, l. 17 – p. 59, l. 2 | OVERRULED. |
| P. 61, l. 12 – p. 64., l. 2 | OVERRULED. |
| P. 64, l. 11 – p. 65, l. 3 | OVERRULED. |
| P. 65, l. 15 – p. 67, l. 20 | OVERRULED. |
| P. 72, l. 16 – p. 73, l. 9 | OVERRULED. |
| P. 74, l. 18 – p. 76, l. 8 | OVERRULED, EXCEPT SUSTAINED as to page 75, line 16 thru page 76, line 8. |
| P. 82, l. 19 – p. 84, l. 2 | SUSTAINED. |

### C. Deposition of Anthony H. Woodward

| Page and line: | Ruling: |
|---|---|
| P. 15, ll. 16-22 | SUSTAINED. |
| P. 16, l. 24 – p. 17, l. 4 | SUSTAINED. |
| P. 26, l. 17 – p. 27, l. 19 | SUSTAINED. |
| P. 39, ll. 5-9 | SUSTAINED. |
| P. 86, ll. 4-16 | SUSTAINED. |
| P. 88, ll. 2-10 | OVERRULED. |
| P. 88, ll. 11-23 | OVERRULED. |
| P. 92, l. 24 – p. 93, l. 20 | OVERRULED. |

Counter Designation Rulings:

| | |
|---|---|
| P. 53, l. 24 – p. 54, l. 4 | SUSTAINED. |
| P. 55, l. 23 – p. 57, l. 8 | SUSTAINED. |
| P. 79, ll. 3-18 | OVERRULED. |

DATED at Anchorage, Alaska, this 23rd day of December, 2005.

JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

A03-0183--CV (JWS)   12-23-05

✓ S. SIMS
✓ M. WILKERSON