# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TERESA OOTEN MAULE   v.   GOVERNMENT EMPLOYEES INSURANCE CO.

THE HONORABLE JOHN W. SEDWICK   CASE NO. A03-0183 CV (JWS)

Deputy Clerk                Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

At docket 116, defendant moves to bifurcate the trial of this case. The motion has been fully briefed. Oral argument was not requested and would not be of assistance to the court. The court has considered the parties' arguments.

This is not the first time defendant has moved to bifurcate trial. It filed a motion requesting that relief at docket 79. Judge Singleton, to whom this case was previously assigned, denied the motion in an order at docket 83. In essence, defendant is now asking the newly assigned judge to reconsider the order issued by Judge Singleton. After considering the parties' papers, the court is not convinced that it should reverse the course set in Judge Singleton's order. The assigned judge exercises his discretion against bifurcation at this late date. The motion at docket 116 is **DENIED.**

DATE: December 27, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A03-0183--CV (JWS)  12-27-05

S. SIMS
M. WILKERSON

135