MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED DEC 29 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By \_\_\_\_\_ Deputy

TERESA OOTEN MAULE   v.   GOVERNMENT EMPLOYEES INSURANCE CO.

THE HONORABLE JOHN W. SEDWICK     CASE NO.   A03-0183 CV (JWS)

Deputy Clerk                Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF: ----

for DEFENDANT: ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

At docket 121, defendant moves for an order permitting it to introduce evidence of illegal drug use by plaintiff. This matter was previously addressed by Judge Singleton. GEICO's latest motion is ostensibly based on additional evidence of drug seeking behavior. Plaintiff's opposition is at docket 127.

For the reasons articulated by plaintiff at docket 127--reasons with which the court substantially agrees, the motion at docket 121 is **DENIED**.

DATE: December 29, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A03-0183--CV (JWS)   12-29-05

/S. SIMS
/M. WILKERSON

137