JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK 99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Government Employees Insurance Company, d\b\a GEICO, | ) |
| | ) |
| Defendant. | ) |
| ________________________________ | ) Case No. 3:03-cv-00183-JWS |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff, Theresa Maule, by and through her attorneys, The Law Offices of Steve Sims, hereby serves her proposed voir dire questions:

1. Are you insured by GEICO?

2. Have you or anyone in your family worked for an insurance company?

3. Does anyone believe money is a good substitute for health?

4. Does anyone believe that juries award too much money to compensate human suffering?

5. Have you had an MRI before?

6. Have you treated with a chiropractor before?

7. What is your occupation?

8. Do you belong to any organizations that advocate or oppose tort reform?

9. Have you ever worked for a large corporation (one that employs 250 people or more)? If yes, when? and for how long? and which corporation?

10. Have you ever supervised other employees or been responsible for a disciplinary process of any sort?

11. Do you know anyone you believe to be involved in this lawsuit?

12. Is there information that you feel the court should know about you, or that might be relevant in any way to this trial or to your possible jury service?

13. Do you know of any reason why you could not be a fair and impartial juror in this case?

14. What are your views concerning punitive damages?

15. What problems do you think you might have in returning money damages for pain and suffering?

16. In terms of deciding on a dollar amount in a verdict, which do you think is worse: to include too little money for an injured party or too much money for that party?

17. Have any of you had an experience or do any of you hold any opinions that you feel either side should know about?

18. How many of you feel that one side starts out a little ahead of the other in your mind right now?

19. If you were sitting at either of these tables with counsel, would any of you feel that there would be any reason why you would not want yourself as a juror in this case?

DATED at Anchorage, Alaska this 3rd day of January, 2006.

LAW OFFICE OF STEVE M. SIMS
Attorney for Plaintiff

By: s/ JEFFREY J. BARBER
821 N Street Suite 103
Anchorage AK 99501
Phone: (907) 276-5858
Fax: (907) 276-5817
Email: jbarber@alaskainjury.com
ABA No.: 0111058

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on January 3, 2006 a copy of the foregoing Proposed Voir Dire Questions was served electronically on:
Rebecca J. Hozubin
I Further certify that the typeface used in the foregoing document is Times New Roman 13.

S/ JEFFREY J. BARBER