Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016

Attorneys for Defendant GEICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GEICO GENERAL INSURANCE ) | |
| COMPANY, d\b\a GEICO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A03-0183 CV (JWS) |

**DEFENDANT'S VOIR DIRE OUTLINE**

Defendant GEICO, through its attorneys Wilkerson, Hozubin & Burke, hereby submits its outline of voir dire questions pursuant to the court's order.

1. Is anyone here familiar with the witnesses, parties or attorneys?

2. Is anyone here a GEICO insured?

    Does that affect your ability to be impartial and fair?

3. Has anyone been a juror before?

    What sort of case?

        What was the result?

        How did you like the experience?

4. Is anyone here either a close friend of or related to someone who works in the legal profession?

        If yes, further explanation.

        If yes, does that affect your ability to be a juror?

5. Is anyone here either a close friend of or related to someone who works in the medical profession?

        If yes, further explanation.

        If yes, does that affect your ability to be a juror?

6. Is anyone here either a close friend of or related to someone who works in the mental health profession?

        If yes, further explanation.

        If yes, does that affect your ability to be a juror?

7. Has anyone here been involved in an auto accident?

        If yes, further explanation.

        If yes, does that affect your ability to be a juror?

8. Has anyone here ever been involved in a lawsuit?

        If yes, further explanation.

        If yes, does that affect your ability to be a juror?

9. Is anyone here a close friend or relative of someone who has been involved in a lawsuit?

        If yes, further explanation.

        If yes, does that affect your ability to be a juror?

10. Is anyone here a close friend/relative of someone who has been involved in a serious auto accident?

    If yes, further explanation.

    If yes, does that affect your ability to be a juror?

11. Have any of you, or anyone close to you, received medical treatment for neck pain or back pain?

    If so, please describe the cause, treatment, and outcome.

12. Has anyone here ever had a bad experience in dealing with the legal system, whether in a personal injury case; property dispute; contract dispute; or any other kind of dispute?

    If yes, further explanation.

    If yes, does that affect your ability to be a juror?

13. Does anyone here have a close friend or relative who has had a bad experience in dealing with the legal system, whether in a personal injury case; property dispute; contract dispute; or any other kind of dispute?

    If yes, further explanation.

    If yes, does that affect your ability to be a juror?

14. Has anyone here ever filed an insurance claim?

    What sort of claim?

    What was the outcome?

       Was it satisfactory?

       Does that affect your ability to be impartial and fair?

15. Has anyone here ever had a bad experience with an insurance company?

       If yes, further explanation.

       If yes, does it affect your ability to be impartial and fair?

16. Has anyone here ever had a good experience with an insurance company?

       If yes, please further explain.

       Does it affect your ability to be impartial and fair?

17. Does anyone here have a close friend or relative who has had a bad experience in dealing with an insurance company?

       If yes, further explanation.

       If yes, does that affect your ability to be a juror?

18. Does anyone here have a close friend or relative who has had a good experience in dealing with an insurance company?

       If yes, please explain further.

       If yes, does that affect your ability to be a juror?

19. Does anyone here feel that they cannot be fair and impartial to an insurance company?

    If yes, further explanation.

20. Does everyone understand that they are not to make decisions based on sympathy or emotion?

    Does anyone have any problems following that rule?

21. Does everyone understand that they are to make their decisions about this case based on the evidence presented to them?

22. Has anyone here ever been treated with pain management treatment, or know anyone that has?

    If yes, further explanation.

    Do your experiences in any way affect your ability to be a juror?

23. Does everyone understand what punitive damages are?

24. Does everyone understand that in order to award punitive damages you must find that GEICO's conduct was malicious, oppressive or in reckless disregard of the plaintiff's rights?

    Would this affect anyone's ability to be a juror?

25. Does everyone understand the concept of uninsured motorist insurance coverage?

DATED this 4th day of January, 2006.

                             Wilkerson, Hozubin & Burke

                       By: s/Rebecca J. Hozubin
                         310 K Street, Suite 405
                         Phone: 907 276-5297
                         Fax: 907 276-5291
                         E-mail: Rebecca@wilkersonlaw.net
                         Attorneys for Defendant GEICO
                         AK Bar No. 9806016

CERTIFICATE OF SERVICE
I hereby certify that on the
4th day of January, 2006, a copy
of foregoing Defendant's Voir Dire
was served electronically and by mail
on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin
2000.232/plead/Voir Dire