Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016

Attorneys for Defendant GEICO


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERESA OOTEN MAULE,           )
                             )
              Plaintiff,     )
                             )
       vs.                   )
                             )
GEICO GENERAL INSURANCE       )
COMPANY, d\b\a GEICO,         )
                             )
              Defendant.     )
_____ )    Case No. A03-0183 CV (JWS)

**DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

COMES NOW, defendant GEICO, through counsel, and submits its proposed jury instructions.

9th Circuit Model Civil Jury Instructions to be used without change and not attached pursuant to the court's pretrial order:

        1.1
        1.3
        1.4
        1.5
        1.6
        1.7
        1.8
        1.9
        1.10
        1.11
        1.12

```
1.13
2.1
2.2
3.1
3.2
3.3
3.5
3.6
3.9
4.1
4.2
4.3
4.4
5.1
7.3
7.4
7.5
```

Alaska Pattern Civil Instructions to be used without change and not attached pursuant to the court's pretrial order:

```
1.08
1.14
2.02
2.04
2.06
2.05
2.07
2.23
2.26
20.11
```

The remainder of the instructions are attached herewith.

DATED this 4th day of January, 2006.

                              Wilkerson, Hozubin & Burke

                         By: s/Rebecca J. Hozubin
                              310 K Street, Suite 405
                              Phone: 907 276-5297
                              Fax: 907 276-5291
                              E-mail: Rebecca@wilkersonlaw.net
                              Attorneys for Defendant GEICO
                              AK Bar No. 9806016

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the
4th day of January, 2006, a copy
of foregoing Defendant's Voir Dire
was served electronically and by mail
on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin

2000.232/plead/Voir Dire