INSTRUCTION NO. 11

Every party to a civil action where more than twenty dollars is at issue is entitled to a jury trial. The Seventh Amendment to the United States Constitution provides:

> In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any court of the United States…

Authority:

"The Seventh Amendment … entitle[s] the parties to a jury trial in actions for damages to persons or property, for libel and slander, for recovery of land, and for conversion of personal property." Ross v. Bernhard, 396 U.S. 531, 532 (1970). *See also* Travelers Indemnity Co. v. State Farm Mutual Auto. Ins. Co., 330 F.2d 250, 258 (9th Cir. 1964)("Since the action was brought for the recovery of money damages, although it was based upon a state statute, its resemblance to an action at common law for damages would make the action one required to be tried by jury if demanded.") The Seventh Amendment applies not only to actions arising from common law, but also statutory actions that are analogous to claims at common law. City of Monterey v. Del Monte Dunes at Monterey, Ltd., 526 U.S. 687, 708 (1999).