Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016

Attorneys for Defendant GEICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE,                )<br>                                    )<br>          Plaintiff,               )<br>                                    )<br>   vs.                              )<br>                                    )<br> GEICO GENERAL INSURANCE            )<br> COMPANY, d\b\a GEICO,              )<br>                                    )<br>          Defendant.                )<br>_____) | Case No. A03-0183 CV (JWS) |

**NOTICE RE COUNSEL**

The law firm of Wilkerson, Hozubin & Burke hereby gives notice that Mark Wilkerson and Rebecca Hozubin will be the attorneys representing GEICO at trial beginning January 30, 2006.

DATED this 26th day of January 2006.

                                      Wilkerson, Hozubin & Burke

                                  By: s/Rebecca J. Hozubin
                                      310 K Street, Suite 405
                                      Phone: 907 276-5297
                                      Fax: 907 276-5291
                                      E-mail: Rebecca@wilkersonlaw.net
                                      Attorneys for Defendant GEICO
                                      AK Bar No. 9806016

CERTIFICATE OF SERVICE

I hereby certify that on the
25th day of January, 2006, a copy
of foregoing Defendant's Notice Re Counsel
was served electronically and by mail
on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin

2000.232/plead/Notice re Attorneys