Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016

Attorneys for Defendant GEICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE,            )<br>                               )<br>         Plaintiff,            )<br>                               )<br>    vs.                        )<br>                               )<br> GEICO GENERAL INSURANCE       )<br> COMPANY, d\b\a GEICO,         )<br>                               )<br>         Defendant.            )<br>_____) | Case No. A03-0183 CV (JWS) |

**NOTICE OF TELEPHONIC TESTIMONY**

COMES NOW GEICO, through counsel, Wilkerson, Hozubin & Burke and hereby notifies the court and plaintiff that Dr. Frank Moore will be testifying telephonically on Wednesday February 1, 2006 at 9:00am.

DATED this 25th day of January 2006.

                                     Wilkerson, Hozubin & Burke

                                By: s/Rebecca J. Hozubin
                                     310 K Street, Suite 405
                                     Phone: 907 276-5297
                                     Fax: 907 276-5291
                                     E-mail: Rebecca@wilkersonlaw.net
                                     Attorneys for Defendant GEICO
                                     AK Bar No. 9806016

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2006, a copy of foregoing Defendant's Notice of Telephonic Testimony was served electronically on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin

2000.232/plead/Notice Telephonic