Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016

Attorneys for Defendant GEICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GEICO GENERAL INSURANCE )<br>COMPANY, d\b\a GEICO, )<br>)<br>Defendant. )<br>_____ ) | Case No. A03-0183 CV (JWS) |

**DEFENDANT'S NOTICE RE JURY INSTRUCTIONS**

COMES NOW GEICO, through counsel, Wilkerson, Hozubin & Burke and hereby notifies the court and plaintiff of a change in its proposed jury instruction. Defendant withdraws Instruction No. 3 as there is no claim for negligent adjusting. *See* Joint Statement of Issues. Further, there is no negligence duty owed by an insurer but rather any remedy would breach of contract or the higher standard of bad faith.

Attached are Instruction No. 4 and the special verdict form modified to reflect this change as well.

DATED this 26th day of January 2006.

    Wilkerson, Hozubin & Burke

By: s/Rebecca J. Hozubin
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: Rebecca@wilkersonlaw.net
    Attorneys for Defendant GEICO
    AK Bar No. 9806016

CERTIFICATE OF SERVICE
I hereby certify that on the 26th day of January, 2006, a copy of foregoing Defendant's Notice Re Jury Instructions was served electronically on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin

2000.232/plead/Notice Telephonic