DEFENDANT'S INSTRUCTION NO. 4

The insurance policy provides that both parties must agree to arbitration and if either party does not agree to arbitration then the parties must litigate the claim in court.

This court already ruled that the arbitration clause in the insurance policy is legal, enforceable, not contrary to public policy, and within the reasonable expectations of both plaintiff and defendant.


Court order dated June 8, 2004, at Docket 36.
Court order dated January 10, 2005 at Docket 73.
Court order dated June 20, 2005 at Docket 99.