IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GEICO GENERAL INSURANCE | ) |
| COMPANY, d\b\a GEICO, | ) |
| | ) |
| Defendant. | ) |
| | )Case No. A03-0183 CV (JWS) |

**SPECIAL VERDICT FORM**

We, the jury in the above-entitled case, find the following special verdict submitted to us in the above-captioned case:

1) What are the damages, if any, suffered by Ms. Maule as a legal result of the automobile accident on August 20, 2001?

    (a) Past economic loss        $_____

    (b) Past non-economic loss      $_____

        Total                          $_____

If your total award is less than the $30,000 GEICO already paid to Ms. Maule you need to answer no further questions. The foreman should date and sign the verdict.

2) If your total damages in paragraph 1 are greater than $30,000, do you find that GEICO breached the covenant of good faith and fair dealing?

        Answer Yes or No      _____

If you answered Question No. 2 "no," do not answer any further questions. The foreman should date and sign the verdict. If you answered "yes" please answer Question No. 3.

3)   What amount of money do you award to plaintiff for GEICO's breach of the covenant of good faith and fair dealing?

$_____

DATED at Anchorage, Alaska this \_\_\_ day of February 2006.

_____
FOREPERSON OF THE JURY