MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*TERESA OOTEN MAULE, et al.*   v.   *GOVERNMENT EMPLOYEES INSURANCE COMPANY*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:03-cv-183-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**                Date: January 27, 2006

    The parties are advised that matters on the court's criminal docket in Juneau require that trial in this case be suspended on Tuesday, January 31 and Wednesday February 1, 2006.

    Trial by jury will commence as scheduled at 9:00 AM on Monday, January 30, 2006, adjourn at the end of that day, and then resume on Thursday, February 2, 2006, at 9:00 AM.