Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016

Attorneys for Defendant GEICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GEICO GENERAL INSURANCE ) | |
| COMPANY, d\b\a GEICO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A03-0183 CV |

**NOTICE OF INTENT TO USE "DEPS" SYSTEM**

Pursuant to D.AK. LR 39.3(c) Defendant GEICO hereby notifies the court of its intent to use the Digital Evidence Presentation System. Trial is scheduled to begin January 30, 2006. The system will be required by defendant likely on February 2, 2006. Depending on how the trial proceeds it is possible defendant might require the system on February 3, 2006 as well. This trial is assigned to Judge Sedwick, Courtroom number 3.

DATED this 27th day of January 2006.

        Wilkerson, Hozubin & Burke

       By: s/Rebecca J. Hozubin
         310 K Street, Suite 405
         Phone: 907 276-5297
         Fax: 907 276-5291
         E-mail: Rebecca@wilkersonlaw.net
         Attorneys for Defendant GEICO
         AK Bar No. 9806016

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2006, a copy of foregoing Notice of Intent to Use DEPS system was served electronically on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin
2000.232/plead/Notice DEPS