JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK   99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE,               ) | |
|                                                             ) | |
|                      Plaintiff,            ) | |
|                                                             ) | |
| vs.                                                    ) | |
|                                                             ) | |
| Government Employees          ) | |
| Insurance     Company,          ) | |
| d\b\a GEICO,                             ) | |
|                                                             ) | |
|                      Defendant.        ) | |
| _____ ) | Case No. 3:03-cv-00183-JWS |

**NOTICE OF TELEPHONIC TESTIMONY**

COMES NOW the plaintiff, Theresa Maule, by and through her attorneys, The Law Offices of Steve Sims, and hereby notifies the court and defendant that Dr. David Chisholm will be testifying telephonically on Thursday, February 2, 2006 at 1:00 p.m.

DATED at Anchorage, Alaska this 27th day of January, 2006.

    LAW OFFICE OF STEVE M. SIMS
Attorney for Plaintiff

By:   s/ JEFFREY J. BARBER
    821 N Street Suite 103
    Anchorage   AK 99501
    Phone: (907) 276-5858
    Fax: (907) 276-5817
    Email: jbarber@alaskainjury.com
    ABA No.: 0111058

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on January 27, 2006  a copy of the foregoing
Notice of Telephonic Testimony was served electronically on:
Rebecca J. Hozubin
I Further certify that the typeface used in the
foregoing document is Times New Roman 13.

S/ JEFFREY J. BARBER