Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016

Attorneys for Defendant GEICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GEICO GENERAL INSURANCE ) | |
| COMPANY, d\b\a GEICO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A03-0183 CV |

**DEFENDANT'S EXHIBIT LIST**

| Exhibit No. | Exhibit | Admitted | ID only |
|---|---|---|---|
| A | Back Pain Center Records | X | |
| B | New Conception Records | X | |
| C | Providence Records | X | |
| D | Fireweed Healthcare Records | X | |
| E | Dr. Woodward Report | X | |
| F | Deposition of Dr. Woodward | X | |
| G | Dr. Gerlay records | X | |
| H | Deposition of Dr. Gerlay | X | |

| | | | |
|---|---|---|---|
| I | Supp. Interrogatory Responses | X | |
| J | Alaska Regional Hospital Records | X | |
| K | Various correspondence | | X |

DATED this 28th day of January 2006.

                Wilkerson, Hozubin & Burke

            By: s/Rebecca J. Hozubin
                310 K Street, Suite 405
                Phone: 907 276-5297
                Fax: 907 276-5291
                E-mail: Rebecca@wilkersonlaw.net
                Attorneys for Defendant GEICO
                AK Bar No. 9806016

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2006, a copy of foregoing Defendant's Exhibit List was served electronically and by fax on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin
2000.232/plead/Exhibit List