JEFF BARBER
LAW OFFICES OF STEVE SIMS
821 N STREET, SUITE 103
ANCHORAGE, AK  99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| TERESA OOTEN MAULE, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, d\b\a GEICO, | ) |
| Defendant. | ) |
| _____ | ) Case No. A03-0183 CV (JWS) |

**PLAINTIFF'S REVISED EXHIBIT LIST**

| Exhibit No. | BRIEF DESCRIPTION OF EXHIBIT | Admitted | ID Only |
| --- | --- | --- | --- |
| 1 | Statement of uncontested facts | X | |
| 2 | GEICO insurance policy | X | |
| 3 | Medical summary | | X |

| 4 | Photos of vehicle damage | X | |
|---|---|---|---|
| 5 | Property damage estimate | | X |
| 6 | Ambulance report | X | |
| 7 | Providence Hospital records excerpt | X | |
| 8 | Jay VanHouten, MD records excerpt | X | |
| 9 | HealthSouth Diagnostic records excerpt | X | |
| 10 | Rehabilitation Medicine records excerpt | X | |
| 11 | Aurora Pain Management records excerpt | X | |
| 12 | Donna Chester, MD records excerpt | X | |
| 13 | Alaska Open Imaging records excerpt | X | |
| 14 | Throckmorton Chiropractic records excerpt | X | |
| 15 | David Chisholm, MD records excerpt | X | |
| 16 | Quest Diagnostics records | X | |
| 17 | Fireweed Chiropractic records excerpt | X | |
| 18 | Deposition of Dr. Throckmorton | | X |
| 19 | Deposition of Jennifer Sue Smith | | X |
| 20 | Deposition of Anthony Woodward, MD | | X |
| 21 | Deposition of Gary S. Gerlay, MD | | X |
| 22 | GEICO letter dated April 16, 2002 | X | |
| 23 | GEICO letter dated April 23, 2002 | X | |
| 24 | Plaintiff's Third Amended Complaint | X | |
| 25 | GEICO's Answer to Third Amended Complaint | X | |
| 26 | GEICO's Demand for Jury Trial | | X |
| 27 | GEICO's Notice of Removal | | X |
| 28 | Welfare & Pension Administration Service, Inc. health insurance lien | | X |
| 29 | Berkshire Hathaway, Inc.'s 2003 Annual Report excerpt | | X |

| 30 | GEICO's PIP/medical payments log | X | |
|----|----------------------------------|---|---|
| 31 | Motor Vehicle Collision Report | | X |
| 32 | Correspondence Sims/GEICO | | X |
| 33 | Medical bills | X | |
| 34 | Medical billing records | | X |

DATED at Anchorage, Alaska this 30th day of January, 2006.

        LAW OFFICE OF STEVE M. SIMS
        Attorney for Plaintiff

        By:   s/ JEFFREY J. BARBER
         821 N Street Suite 103
        Anchorage   AK 99501
        Phone: (907) 276-5858
        Fax: (907) 276-5817
        Email: jbarber@alaskainjury.com
        ABA No.: 0111058

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on January 30, 2006  a copy of the foregoing
Notice of Telephonic Testimony was served electronically on:
Rebecca J. Hozubin
I Further certify that the typeface used in the
foregoing document is Times New Roman 13.

S/ JEFFREY J. BARBER

_____