(Rev 1/06)

# LIST OF EXHIBITS

Case No. 3:03-cv-00183-JWS                     Judge: **JOHN W. SEDWICK**

Title        TERESA OOTEN MAULE

vs.          GEICO

Dates of Trial: January 30, 2006 thru February 8, 2006

Deputy Clerk/Recorder: Caroline Edmiston / April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Jeffrey J. Barber | Rebecca J. Hozubin |
|  | Mark E. Wilkerson |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 1/30 X | Statement of uncontested facts | A | X | PAS 2/3 | Back Pain Center Records |
| 2 | X | Prev Admin X | GEICO ins. policy | B | ✓ | 1/30 X | New Conception Records |
| 3 | X |  | Medical Summary | C | X | 1/30 X | Providence Records |
| 4 |  |  | Photos of vehicle damage | D | X | PAS 2/3 | Fireweed Healthcare Records |
| 5 |  |  | Property damage estimate | E |  |  | Dr. Woodward Report |
| 6 |  | 2/6/06 | Ambulance Report | F |  |  | Deposition of Dr. Woodward |
| 7 | X | Prev adm X | Providence Hospital records excerpt | G | X | 1/30 X | Dr. Gerlay records |
| 8 | ✓ | Prev Adm X | Jay VanHouten, MD Records excerpt | H |  |  | Deposition of Dr. Gerlay |
| 9 | X | PAS 2/3 | Health South Diag. records | I | X | 1/30 X | Supp. Interrogatory Responses |
| 10 | X | PAS 2/3 | Rehabilitation & Medicine records | J | X | 2/8 PAS | AK Regional Hospital Records |

Continuation List of Exhibits

Page: 2

Case No: 3:03-cv-00183-JWS        Judge: JOHN W. SEDWICK

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 11 | X | PAS 2/3 | ~~Records~~ Aurora Pain Mgmt. records | K | X | | Various Correspondence — Excluded — |
| 12 | X | Prev adm X | Donna Chester MD records | | | | |
| 13 | | 2/6/06 X | Alaska Open Imaging records | | | | |
| 14 | | 2/6/06 X | Throckmorton Chiropratic records | | | | |
| 15 | X | PAS 2/3 | David Chisholm MD records | | | | |
| 16 | | 2/6/06 X | Quest Diagnostics records | | | | |
| 17 | | 2/6/06 X | Fireweed Chiropractic records | | | | |
| 18 | | | Deposition of Dr. Throckmorton | | | | |
| 19 | | | Deposition of Jennifer SueSmith | | | | |
| 20 | | | Deposition of Anthony Woodward, MD | | | | |
| 21 | | | Deposition of Gary S. Gevlay, MD | | | | |
| 22 | | 2/6/06 X | GEICO letter 4-16-02 | | | | |
| 23 | X | Prev Adm X | GEICO letter 4-23-02 | | | | |
| 24 | | 2/6/06 X | Plaintiff's 3rd Amended Complaint | | | | |
| 25 | | 2/6/06 X | GEICO Answer to 3rd Amended Comp. | | | | |
| 26 | | | GEICO Demand for Jury trial | | | | |
| 27 | | | GEICO notice of removal | | | | |
| 28 | | | Welfare & Pension Adm. Serv Inc. | | | | |
| 29 | | | Berkshire Hathaway Inc's. report | | | | |
| 30 | X | Prev Adm X | GEICO PIP/Medical Payments log | | | | |

(Rev 1/06)

Continuation
List of Exhibits

Page: 3

Case No: 3:03-cv-00183-JWS    Judge: JOHN W. SEDWICK

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 31 | | | Motor Vehicle Calision Report | | | | |
| 32 | X | 2/2 X | Correspondence Sims/GEICO | | | | |
| 33 | | 2/6/06 X | Medical Bills | | | | |
| 34 | | ● | Medical billing records | | | | |
| 35 | | 2/6/06 X | medical billing | | | | |
| | | | | | | | |
| | | | | X | | | JWS - 2/6/06 |
| X | | | JWS - 2/6/06 | | | | |
| | | | | X | | | 2/6/06 |
| X | 2/6/06 | | | | | | |
| | | | | | | | recieved JWS - 2/8/06 |
| | | | recieved | | | | |