UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE,<br><br>           Plaintiff,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, d/b/a GEICO,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)  3:03-cv-183-JWS<br>)<br>)<br>)<br>)<br>)<br>) |

## SPECIAL VERDICT FORM

We, the jury in the above-titled case, find the following special verdict:

1) What is the amount of money, if any, needed to fully and fairly compensate plaintiff for her injuries and related expenses resulting from the automobile accident of August 20, 2001? (You should find the total amount; before judgment is entered, the court will deduct the $30,000 defendant paid plaintiff if you find $30,000 or more.)

    Past medical expenses:        $ _30,000._

    Past non-economic loss:       $ _20,000._

    Future non-economic loss:     $ _0_

    Future economic loss:         $ _0_

    TOTAL of the above:         $ _50,000._

2) Do you find by a preponderance of the evidence that defendant breached the implied promise of good faith and fair dealing?

Answer "yes" or "no" in the blank: _yes_

If you answered "no," you should not answer the remaining questions; instead the presiding juror should date and sign the verdict.

If you answered "yes," answer question three, and then proceed to question four.

3) What is the amount of money, if any, needed to fully and fairly compensate plaintiff for defendant's breach of the implied promise of good faith and fair dealing?

Enter the amount in the blank: $ _7,500_

4) Do you find by clear and convincing evidence that defendant's breach of the implied promise of good faith and fair dealing was outrageous?

Answer "yes" or "no" in the blank: _no_

If you answered "no," you should not answer the remaining questions; instead the presiding juror should date and sign the verdict.

If you answered "yes," answer the remaining questions.

5) What amount of punitive damages do you award?

$ _____

6) Do you find by clear and convincing evidence that defendant was motivated by financial gain when it engaged in the conduct that formed the basis for your punitive damages award?

Answer "yes" or "no" in the blank: _____

7) Do you find by clear and convincing evidence that defendant or the person responsible for making policy decisions on its behalf knew about the adverse consequences to plaintiff of defendant's conduct at the time of defendant's conduct?

Answer "yes" or "no" in the blank: _____

DATED at Anchorage, Alaska this _8th_ day of February, 2006.

_____
PRESIDING JUROR