Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016

Attorneys for Defendant GEICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, )<br>)<br>           Plaintiff,   )<br>)<br>   vs.                    )<br>)<br>GEICO GENERAL INSURANCE )<br>COMPANY, d\b\a GEICO,   )<br>)<br>           Defendant.   )<br>_____) | Case No. A03-0183 CV (JWS) |

**DEFENDANT'S MOTION FOR OFFSET**

COMES NOW, defendant GEICO, through counsel Wilkerson, Hozubin & Burke, and moves for an additional offset on the final verdict/judgment in this matter.  This Court already offset the verdict by the $30,000 paid by GEICO prior to the commencement of this action, reducing the total verdict to $27,500.  At trial Ms. Smith of GEICO testified that she also satisfied a Medicaid lien separately and in addition to the

$30,000. The Medicaid lien amount was $778.25. Exhibit A. The value of the services rendered was $1,211.00.[1] Exhibit A.

GEICO is entitled to an offset in the amount of $1,211 for the medical bills paid and presented at trial by plaintiff that have already been satisfied by GEICO. GEICO respectfully requests the court offset the $27,500 verdict by an additional $1,211 for a total verdict of $26,289.00.

DATED this 13th day of February 2006.

                                    Wilkerson, Hozubin & Burke

                                    By: s/Rebecca J. Hozubin
                                            310 K Street, Suite 405
                                            Phone: 907 276-5297
                                            Fax: 907 276-5291
                                            E-mail: Rebecca@wilkersonlaw.net
                                            Attorneys for Defendant GEICO
                                            AK Bar No. 9806016

CERTIFICATE OF SERVICE

I hereby certify that on the
13th day of February 2006, a copy
of foregoing Defendant's Motion for Offset
was served electronically and by mail
on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin

2000.232/plead/Mtn for Offset

---

[1] Medical care providers reduce their fees for Medicaid, thus the amount billed $1,211, is reduced to $778.25 as a result.