IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GEICO GENERAL INSURANCE ) | |
| COMPANY, d\b\a GEICO, ) | |
| ) | |
| Defendant.) | |
| ) | Case No. A03-0183 CV (JWS) |

**ORDER GRANTING MOTION FOR OFFSET**

    THIS COURT, having reviewed defendant's Motion for Offset and any and all opposition thereto, hereby finds the motion well taken. Accordingly, it is granted. The verdict of $27,500 shall be offset by the additional $1,211 for a total verdict of $26,289. This will be reflected in the final judgment.

    DATED this _____ day of _____ 2006.

                                                        Honorable John W. Sedwick
                                                         UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
I hereby certify that on the
13th day of February 2006, a copy
of foregoing Defendant's Proposed Order
Granting Motion for Offset
was served electronically and by mail
on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE


By: s/Rebecca J. Hozubin
**2000.232/plead/Mtn for Offset- Order**

Maule v. GEICO, Case No. A03-0183 CV (JWS)
Motion to Bifurcate- Renewed Order
Page 2