# STATE OF ALASKA
## DEPT. OF HEALTH & SOCIAL SERVICES
### DIVISION OF HEALTH CARE SERVICES (DHCS)

*FRANK H. MURKOWSKI, GOVERNOR*

Public Consulting Group, Inc.
4711 Business Park Blvd., Suite 30
Anchorage, AK 99503
Phone: (907) 561-4455
Fax: (907) 561-4436

July 20, 2004

ATTN: Sue Smith
GEICO Direct
5701 Lake Otis Parkway, Ste100
Anchorage, AK 99507


RECEIVED
JUL 2 2 2004

Recipient: Theresa Oooten
Recipient ID: 0600423100
Date of Incident: 8/20/2001
Current Lien Amount: $778.25

Dear Ms. Smith:

Enclosed please find an updated Claims Detailed Report (CDR), for **Theresa Ooten Maule**. Please note the revised lien amount. Please contact the Recovery Unit at your earliest convenience in order to provide a status update with respect to this case.

If a settlement has been reached, you are required under AS §47.05.075 to reimburse Medicaid for any medical assistance paid on behalf of your client in connection to this case.

In satisfaction of the lien, all checks should be made payable to:

**State of Alaska/PCG**
**4711 Business Park Blvd., Suite 30**
**Anchorage, Alaska 99503**

Under the Alaska Medicaid process, the application for and acceptance of medical assistance

- o *Constitutes an assignment of benefits from any third party to pay for the cost of medical care and services arising out of injury, disease, or disability of the applicant or recipient or other members of the assistance group*

The recipient signed these rights over to the Department at the time of Medicaid application.

Your cooperation and assistance in protecting the state's interests is appreciated. Please contact this office at 907-561-4455 if you have questions regarding this matter.

Sincerely,

Colleen Winkelman
Alaska Trauma Unit, Caseworker

A
1/4

```
RUN: CPW912  05/08/04 02:45:10           ALASKA MEDICAID MANAGEMENT INFORMATION SYSTEM                    REPORT NO: CP-O-CB
                                          DEPARTMENT OF HEALTH AND SOCIAL SERVICES                        PAGE:  762
                                              CLIENT HISTORY PROFILE REPORT

SELECTION CRITERIA: REQUESTED TRANS ID - PC6W17008    UNIT - PCG    CLERK - WINKELMAN

CLIENT INFORMATION: PATIENT NAME - MAULE                  SEX - F    DOB - 12/08/75    CLIENT ID ( 0600423100 )

                STATE  DIAG
                ELIG   CODE & SECONDARY DIAGNOSIS DESCRIPTION                      RENDERING  MED REC/   EMERG  COLLOCATION   RTD
                CODES                                                              PROVIDER   PRESC NUM  IND    CODE          NUMBER

13 PROFESSIONAL       12391152002C1   1  00000000000000    0931191    08/28/01   015                              21    030
08/20/01 - 08/20/01   OFFICE  9598   INJURY MLT SITE/SITE NEC                     GR0122     ALASKA RADIOLOGY ASSOCIATES    000000000 00
                      11 PR           *** NO SECONDARY DIAGNOSIS ***              MD0593     000621420C  00000000 00
                                                                                             01.312198
            NGCR  AF  1.000  7204026                                              GR0122     ALASKA RADIOLOGY ASSOCIATES  *21   0.20
                                                                                  MD0593     000621420C  0000000000
                                                                                  01.312198   40.00              17.62
                                                                                             40.00              17.62
                                              X-RAY EXAM OF NECK SPINE
                                                                       TOTALS              26.00              14.33

13 PROFESSIONAL       12391152002C4   1  00000000000000    0931191    08/28/01   3   434
08/20/01 - 08/20/01   OFFICE  9598       ***                                          ***      *** NO SECONDARY DIAGNOSIS ***
                      11 PR

                                                                       TOTALS

13 PROFESSIONAL       14491150463C1   1  00000000000000    0931621    08/28/01   015                              21    0.99
08/20/01 - 08/20/01   OFFICE  9591   TRUNK INJURY NOS                            MD6509     ALASKA EMERGENCY MED ASSOC  000000000 00
                      11 PF            *** NO SECONDARY DIAGNOSIS ***            MD12831    000621420C
                                                                                 04.190108
```

```
RUN: CPWY12  05/08/04 02:45:16      ALASKA MEDICAID MANAGEMENT INFORMATION SYSTEM          REPORT NO: CP-O-C6
                                    DEPARTMENT OF HEALTH AND SOCIAL SERVICES                     PAGE:    763
                                    CLIENT HISTORY PROFILE REPORT

SELECTION CRITERIA: REQUESTED TRANS ID - PCGWI7608   UNIT - PCG   CLERK - WINKELMAN

SORT SEQUENCE -

CLIENT INFORMATION: PATIENT NAME - MAULE            SEX - F    DOB - 12/08/75   CLIENT ID ( 0600423100 )

                 STATE  DIAG                                                              RENDERING  MED REC/          EMERG  COLOCATION         RTD
                 ELIG   CODE / SECONDARY DIAGNOSIS DESCRIPTION                            PROVIDER   PRESC NUM         IND    CODE              NUMBER

13 PROFESSIONAL
06/21/01 - 08/21/01  OFFICE  14682 17 604401 1 0000000 000000J          0971850  01/08/02 1
            AF 11 PB   64893    OTH CURR COND-ANTEPARTUM                         MD1909    ISADA    10839011200            NELSON  0006214200  0000000000 C3  016
                 1.000  E819    MV TRAFFIC ACCIDENT NOS                          MD1909                                            174.00
CHESTER AF 11 PB                 OFFICIAL IMPATIENT CONSULT                                                                        174.00
                 1.000  E819    MV TRAFFIC ACCIDENT NOS                          MD1909   ISADA   10839011200              NELSON  0006214200  0000000000 G0  016
CHESTER AF 11 PB  1.000 76805 52 OB US >/= 14 WKS, SN GL FET                     MD1909                                   174.00
                                                       TOTALS                                       174.00                174.00
                                                                                                                                 0.00
                                                                                                                          140.00
                                                                                                    65.25                         0.00
                                                       TOTALS                                                                     0.00
```

A
3 4

CLAIM PAYMENT FORM REVERSE

| CLAIM # | LOSS | ADJR | TIME | FCC | IRS FIELD | ISSUED |
|---|---|---|---|---|---|---|
| 0110973190104021 | 08 20 01 | J386 | 16083786 | 03 | | 07 22 04 |

| CHECK # | TYP | ID | CO | CHECK AMT | FEAT | C | S | AMT | EXP | FEAT | C | S | AMT | EXP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 070653666 | A | LP | 13 | 778.25 | 02UBI | Y | | 778.25 | | | | | | |

CLAIMANT
THERESA OOTEN

USER ID
U79386

INSURED             AG  ONP  TYPE
CATHERINE F MAULE

IN PAYMENT OF
UNINSURED MOTORIST COVERAGE
SATISFACTION OF LIEN
FOR THERESA OOTEN MAULE
0600423100

PAY TO    STATE OF ALASKA   PCG

ENCLOSURE
P=POLICE REP    F=FORM LETTER
C=CORRESPOND    L=PROOF/LOSS
M=MISC.         I=INVOICES
R=RELEASES
VECTORING TRAN: CLIQ
   KEY: 0110973190104021 02UBI

MAIL TO STATE OF ALASKA/PCG
4711 BUSINESS PARK BLVD., SUITE 30
ANCHORAGE, AK  99503

A4