UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERESA OOTEN MAULE,
    Plaintiff,

Case Number 3:03-cv-00183-JWS

v.

GOVERNMENT EMPLOYEES INSURANCE
CO., d/b/a GEICO
    Defendant.

**JUDGMENT IN A CIVIL CASE**

__XXX__  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____  **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that Plaintiff Teresa Ooten Maule, recover of defendant Government Employees Insurance Company, the sum of $27,500.00.

that _____ shall recover
from _____ attorney's fees
in the amount of $_____ and taxable costs in the amount
of $_____.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: February 13, 2006

**REDACTED SIGNATURE**
_____
Ida Romack, Clerk of Court

[Jmt1-with fees and costs-revised 1-30-06]