JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK   99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE,              )<br>                                                    )<br>                    Plaintiff,       )<br>                                                    )<br>vs.                                             )<br>                                                    )<br>Government Employees           )<br>Insurance     Company,           )<br>d\b\a GEICO,                            )<br>                                                    )<br>                    Defendant.    )<br>_____ ) | Case No. 3:03-cv-00183-JWS |

**PLAINTIFF'S MOTION FOR ATTORNEY FEES**

Plaintiff, Theresa Maule, by and through her attorneys, The Law Offices of Steve Sims, moves for full reasonable attorney fees in the amount of $46,759.00 as prevailing party pursuant to FRCP 54(d)(1) and (2) , D. Ak. LR 53.4, and Alaska Rules of Civil Procedure 82(b)(3).  Plaintiff's Memorandum in Support of Motion for Attorney Fees is

filed herewith, along with plaintiff's proposed Order. An affidavit setting forth the hours worked and the reasonable rate pursuant to D. Ak LR 54.3(a)(3) is attached to Plaintiff's Memorandum.

DATED at Anchorage, Alaska this 17 day of February, 2006.

LAW OFFICE OF STEVE M. SIMS
Attorney for Plaintiff

By: s/ JEFFREY J. BARBER
821 N Street Suite 103
Anchorage   AK 99501
Phone: (907) 276-5858
Fax: (907) 276-5817
Email: jbarber@alaskainjury.com
ABA No.: 0111058

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on February 17, 2006 a copy of the foregoing
Plaintiff's Motion for Attorney's Fees was served electronically on:

Rebecca Hozubin

I Further certify that the typeface used in the
foregoing document is Times New Roman 13.

S/   JEFFREY J. BARBER