JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK   99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Government Employees ) <br> Insurance     Company, ) <br> d\b\a GEICO, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. A03-0183 CV (JWS) |

## ORDER GRANTING PLAINTIFF ATTORNEY FEES

The Court, having considered Plaintiff's Motion for Attorney Fees, defendant's Opposition thereto, and being fully advised in the premises:

//

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney Fees is GRANTED.  The defendant shall pay plaintiff attorney fees in the amount of $46,759.00.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
JOHN W. SEDWICK
US District Court Judge

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on February 17, 2006 a copy of the foregoing Plaintiff's Motion for Attorney's Fees was served electronically on:

Rebecca Hozubin

I Further certify that the typeface used in the foregoing document is Times New Roman 13.

S/   JEFFREY J. BARBER