JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK  99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Government Employees ) | |
| Insurance   Company, ) | |
| d\b\a GEICO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A03-0183 CV (JWS) |

### AFFIDAVIT OF JEFF BARBER

STATE OF WASHINGTON       )
                                                  ) ss.
KING COUNTY                         )

      JEFF BARBER, being first duly sworn upon his oath, states as follows:

2154 / 66 Affidavit of Jeff Barber
Page 1

EXHIBIT 1

Exhibit _____1_____
Page __1__ of __2__

1. That I am one of the attorneys at the Law Offices of Steve Sims responsible for the representation of Theresa Ooten Maule and I have personal knowledge of the matters set forth in this Affidavit;

2. That Steve Sims and I spent in excess of 246 hours in this litigation as described in the Attorney Hourly Summary attached to this Affidavit as Exhibit A.

3. That I attempted to mediate this case with GEICO's attorneys, but my suggestion was rejected;

4. That our office represents Ms. Maule on a contingency fee arrangement for 1/3 of the recovery;

5. That I believe $190 per hour attorney fee is at or below the prevailing reasonable rate;

6. Further this affiant sayeth naught.

DATED at Anchorage, Alaska this 17TH day of February, 2006.

JEFF BARBER, ABA#0111058
LAW OFFICES OF STEVE SIMS

SUBSCRIBED AND SWORN to before me this 17th day of February, 2006 at Seattle, WA.

Anna Marie Ramos
Notary Public in and for
My Commission Expires: 7/12/2009

2154 / 66 Affidavit of Jeff Barber
Page 2

Exhibit 1
Page 2 of 2