## MAULE ATTORNEY HOURLY SUMMARY

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 07/10/03 | Complaint; Summons; case description - SS | 3 |
| 07/16/03 | Letter to Director of Insurance (Service) - SS | .10 |
| 07/17/03 | Letter to Geico - SS | .30 |
| 07/21/03 | Review: L from Public Consulting Group - JB | .10 |
| 07/24/03 | Review: Cert of Service- Geico Served - JB | .10 |
| 07/23/03 | Rule 4 Affidavit - JB | .10 |
| 08/05/03 | Amended Complaint w/ltr to Dir of Insurance - SS | .5 |
| 08/18/03 | Review: Entry of Appearance; Demand Jury Trial & Answer to Amended Complaint - SS | 1 |
| 08/18/03 | Review: Civil Cover Sheet; Notice of Removal to State Ct and Plt; Notice of Removal; Order of Removal - SS | .5 |
| 08/19/03 | Review: Answer to Amended Complaint - JB | .5 |
| 08/19/03 | Review: Civil Cover Sheet from Court - JB | .10 |
| 08/20/03 | Review: Notice of Change of Judge - JB | .10 |
| 08/21/03 | Review: Minute Order from Chambers, Judge Singleton Order to Petitioner Subsequent to Removal - JB | .10 |
| 08/26/03 | Review: Notice of Filing Service List - JB | .10 |
| 08/27/03 | Review: Notice of Removal - JB/SS | .5 |
| 08/27/03 | Review: Minute Order From Chambers: Initial Case Stat Rpt/Case Scheduling & Planning - SS | .20 |
| 09/04/03 | Review: L from Hozubin/Parties' Planning Meeting - SS | .10 |
| 09/05/03 | Call to Geico - SS | .10 |
| 09/10/03 | Letter to Wilkerson Hozubin & Burke/Parties' Planning Meeting - SS | .10 |
| 09/11/03 | Review: Report of Parties' Planning Meeting - JB | .10 |
| 09/11/03 | Review: L from Hozubin - JB | .20 |
| 09/15/03 | Call to client - JB | .20 |
| 9/15/03 | Research remand - JB | 1.5 |
| 09/17/03 | Motion to Remand to State Court; Memorandum in Supp of Motion to Remand to State Ct; Order to Remand; Motion for Shortened Time on Motion to Remand; Order on Motion for Shortened Time JB/SS | 1.5 |
| 09/18/03 | Review: Order From Chambers-Motion for Shortened Time - JB | .10 |

## MAULE ATTORNEY HOURLY SUMMARY

| Date | Description | Hours |
|---|---|---|
| 09/23/03 | Review: Dft's FRCP 7.1 Notification - JB | .10 |
| 10/02/03 | Review: Opposition to Mtn to remand to State Court - JB | .5 |
| 10/10/03 | Review: L from Hozubin - JB | .20 |
| 10/10/03 | Reply on Mtn to remand to State Court - JB | 1 |
| 10/14/03 | Review: Qualified Non-Opposition to Motion to Dismiss Claims Regarding Jury Trial and Injunctive Relief - SS | .20 |
| 10/16/03 | Review: Order from Chambers - JB/SS | .20 |
| 10/23/03 | Review: Reply to Dft's Qualified Non-Opposition to Dismiss claims regarding Jury Trial and injunctive Relief - SS | .20 |
| 11/07/03 | Review: Order Docket # 7 Denied - JB | .20 |
| 11/17/03 | Review: Scheduling and Planning Order - JB/SS | .10 |
| 11/24/03 | Call from Rhonda/Wilkerson Hozubin & Burke - JB/SS | .20 |
| 12/01/03 | Review: L from Public Consulting Group - JB | .10 |
| 12/03/03 | Medical records request to Aurora Pain Mgmt (2nd request) - paraleg | n/a |
| 12/03/03 | Medical records request to Anchorage Fracture & Ortho - paraleg | n/a |
| 12/08/03 | Call to client - JB | .20 |
| 12/08/03 | Plaintiff's Rule 26 Initial Disclosures; Preliminary Witness List; Request for Admissions - JB | 2 |
|  |  | n/a |
| 12/16/03 | Review: Preliminary Witness List - JB/SS | .5 |
| 01/07/04 | Review: Response to RFA - JB | .5 |
| 01/13/04 | Letter to Wilkerson Hozubin & Burke - JB | .5 |
| 01/21/04 | Review: L from Hozubin - JB | .30 |
| 02/03/04 | Medical records request to HealthSouth - paraleg | n/a |
| 02/03/04 | Medical records request to Throckmorton Chiro - paraleg | n/a |
| 02/03/04 | Medical records request to Rehab Medicine - paraleg | n/a |
| 02/03/04 | Medical bill request to PC, Inc. - paraleg | n/a |
| 02/03/04 | Call to client - paraleg | n/a |
| 02/06/04 | Medical records request to Dr. Chester - paraleg | n/a |
| 02/06/04 | Medical records request to Back Pain Center - paraleg | n/a |
| 02/12/04 | Medical records request to Dr. Isada - paraleg | n/a |
| 02/17/04 | Review: L from Hozubin - JB | .10 |



## MAULE ATTORNEY HOURLY SUMMARY

| Date | Description | Hours |
|---|---|---|
| 03/01/04 | Medical records request to MOA/EMS - paraleg | n/a |
| 03/01/04 | Letter to Wilkerson Hozubin & Burke - JB | .20 |
| 03/02/04 | Review: L from Hozubin - JB | .10 |
| 03/03/04 | Fax to Hozubin | n/a |
| 03/04/04 | Review: L from Hozubin - JB | .10 |
| 03/25/04 | Review: Motion/Memo for Partial Summary Judgment - JB/SS | 1.5 |
| 04/02/04 | Review: Responses to 2nd RFA - JB | .20 |
| 04/06/04 | Review: 1st Set of Discovery Propounded to Plt Maule - JB | .5 |
| 04/09/04 | Letter to Wilkerson Hozubin & Burke (x2) - JB | .20 |
| 04/09/04 | Review: Stip to allow extension of time to response to Dft SJ Mtn | .10 |
| 04/14/04 | Review: 2nd Supp to ID (Med Rcrds many providers) - JB | .10 |
| 04/16/04 | Motion for SJ and/or Judgment on the Pleadings; Memo in Support of Plf's Motion for SJ and/or Judgment on the Pleadings and Response to Dft's Motion for SJ and/or Judgment on the Pleadings; Request for Oral Argument on Dft's Motion for SJ; Order Granting Oral Argument for Partial SJ - JB/SS | 3.5 |
| 04/16/04 | Request for Production to GEICO - JB | .5 |
| 04/16/04 | Offer of Judgment ($30,000) - JB | .20 |
| 04/19/04 | Motion/Memo/Order to Deem RFA's Admitted - JB | .5 |
| 04/16/04 | Motion/Memo to Amend Complaint; Second Amended Complaint - SS | 1 |
| 04/23/04 | Review: Offer of Judgment - JB/SS | .5 |
| 04/27/04 | Letter to client - JB | .20 |
| 04/27/04 | Review: Motion/Memo to Strike Plf's Response to Dft's Motion for SJ And Plf's Cross Motion for SJ - SS | 1 |
| 05/03/04 | Review: Opposition to Motion to Amend Complaint - JB/SS | 1.5 |
| 05/05/04 | Review: L from Public Consulting Group - JB | .10 |
| 05/05/04 | Review: Opposition to Motion to Deem RFA's Admitted - JB | .20 |
| 05/07/04 | Call from Rhonda/Wilkerson Hozubin & Burke - paraleg | n/a |
| 05/10/04 | Resp to Motion to Srike/Cross Motion/Memo for Sanctions - SS | 1.5 |
| 05/10/04 | Reply to Opposition to Motion to Deem RFA's Admitted; - JB | 1 |
| 05/11/04 | Reply on Opp to Motion to Amend Complaint - JB/SS | 1 |
| 05/11/04 | Request for Oral Argument on Parties' Cross-Motion for SJ - SS | .20 |
| 05/11/04 | Review: Notice of Taking Video Depo of Teresa Ooten Maule - JB | .10 |

Page 3

Exhibit A
Page 3 of 13

## MAULE ATTORNEY HOURLY SUMMARY

| Date | Description | Hours |
|---|---|---|
| 05/14/04 | Responses to 1st Set of RFA's - JB | .30 |
| 05/17/04 | Review: L from Hozubin - JB/SS | .10 |
| 05/17/04 | Review: Reply to Response to Motion to Strike and Opposition to Cross Motion and Memo for Sanctions - SS | .5 |
| 05/18/04 | Letter to Public Consulting Group - paraleg | n/a |
| 05/24/04 | Review: L from Hozubin - JB | .20 |
| 05/24/04 | Review: Responses to Plt's - April 16, 2004 RFP - JB | .20 |
| 05/28/04 | Call from Hozubin - JB | .10 |
| 05/28/04 | Letter to client - JB | .10 |
| 05/30/04 | Interrogatories to Defendant - JB | .30 |
| 06/01/04 | Review: Final Witness List - JB | .20 |
| 06/01/04 | Final Witness List - JB | .20 |
| 06/01/04 | Review: Motion to Compel (responses to Interrogatories & RFP) - JB | .30 |
| 06/04/04 | Review: ORDER Ruling on many issues<br>Court granted adding tort claim of bad faith<br>Denied adding new defendant<br>RFAs deemed admitted Denied<br>Geico mtn to strike plt resp to sj mtn denied<br>Geico mtn for partial sj-granted in part/denied in part<br>Court did not grant oral argument-said briefed fully - JB/SS | .5 |
| 06/07/04 | Call to client - JB | .20 |
| 06/09/04 | Attend deposition of Teresa Ooten Maule - JB | 1 |
| 06/09/04 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 06/09/04 | Responses to 1st Set of Discovery Propounded to Plaintiff - JB | .30 |
| 06/09/04 | Review: Request for Status Hearing - JB | .10 |
| 06/14/04 | Review: Order from Chambers<br>Plf's Request for Status Conf is DENIED - JB | .10 |
| 06/15/04 | Partial Opposition to Motion to Compel - JB/SS | .5 |
| 06/21/04 | Review: Reply to Partial Opp to Motion to Compel - JB | .30 |
| 06/21/04 | Review: L from Hozubin - JB | .20 |
| 06/21/04 | 3rd Amended complaint, Motion to Amend and Memorandum - SS | 1.5 |
| 06/23/04 | Letter to Wilkerson Hozubin & Burke - JB/SS | .30 |
| 06/24/04 | Review: Supplement to Final Witness List - JB | .10 |
| 06/25/04 | Review: Notice of Taking Perpetuation Deposition of Anthony H. Woodward, M.D. - JB | .10 |

## MAULE ATTORNEY HOURLY SUMMARY

| Date | Description | Hours |
|---|---|---|
| 06/25/04 | Review: L from Hozubin - JB | .10 |
| 06/28/04 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 06/28/04 | 2nd RFP to GEICO - JB | .20 |
| 06/30/04 | Review: L from Hozubin - JB | .20 |
| 07/01/04 | Review: Notice of Taking Deposition of Dr. Gary S. Gerlay - JB | .10 |
| 07/01/04 | Review: Notice of Taking Deposition of Dr. Stan Throckmorton - JB | .10 |
| 07/06/04 | Review: Notice of Hearing on Motion to Compel - JB | .10 |
| 07/13/04 | Meet w/client - JB | .5 |
| 07/13/04 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 07/16/04 | Attend Hearing on Motion to Compel - JB | .5 |
| 07/19/04 | Review: Order on Motion to Compel - JB | .20 |
| 07/21/04 | Motion for Stay of Suit and Remand for Arbitration - SS | 1.5 |
| 07/26/04 | Call from Hozubin - JB/SS | .10 |
| 07/27/04 | Call from Hozubin - JB/SS | .10 |
| 07/29/04 | Review: Re-Notice of Deposition of Gary Gerlay, MD - JB | .10 |
| 07/29/04 | Prepare & Attend deposition of Stan Throckmorton, DC - JB | 2.5 |
| 07/30/04 | Prepare & attend deposition of Anthony Woodward, MD - JB/ZM | 3.5 |
| 07/30/04 | Review: Responses to Plt's Interrogatories to Dft - JB | .5 |
| 07/30/04 | Review: Motion to Strike Witnesses Attorney Mark Wilkerson & Defense Expert Anthony Woodward From Plf's Final Witness List; JB | .5 |
| 07/30/04 | Review: Motion for SJ Re: Unconscionability/Bad Faith Errata to Geico's Motion (Exh A was switched out) Table of Contents of Exhibits to SJ Motion - SS/JB | 2 |
| 08/02/04 | Review: L from Hozubin - JB/SS | .20 |
| 08/03/04 | Review: L from Hozubin - JB/SS | .20 |
| 09/08/04 | Medical records request to Dr. Chester (update) - paraleg | n/a |
| 09/13/04 | 4th Requests for Admission to Defendant - JB | .20 |
| 09/15/04 | Call to Hozubin - JB | .10 |
| 08/04/04 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 08/12/04 | Opposition to Motion to Strike Witnesses - JB | .5 |
| 08/12/04 | Prepare & attend deposition of Gary Gerlay, MD - JB | 3.5 |
| 08/13/04 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |



## MAULE ATTORNEY HOURLY SUMMARY

| 08/16/04 | Review: L from Hozubin - JB | .20 |
|---|---|---|
| 08/16/04 | Letter to Operating Engineers Health - paraleg | n/a |
| 08/17/04 | Call to Hozubin - JB | .10 |
| 08/17/04 | Stip to Allow Extension to Respond to SJ Mtn and ORDER - JB/SS | .20 |
| 08/19/04 | Review: Reply to Opp to Dft's Mtn Strike Witnesses - JB | .20 |
| 08/20/04 | Call from Maureen/Welfare & Pension - paraleg | n/a |
| 08/27/04 | Call from/to Hozubin - paraleg | n/a |
| 08/27/04 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 08/27/04 | Call from Geico/Lon Grothen - JB | .20 |
| 08/27/04 | Review: L from Hozubin - JB | .20 |
| 08/30/04 | Review: L from Hozubin - JB | .20 |
| 08/31/04 | 2nd Stip to Allow Extension/Order - JB | .20 |
| 08/31/04 | Supplemental Interrogatory Responses - JB | .5 |
| 09/01/04 | Call to Hozubin - JB | .10 |
| 09/01/04 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 09/02/04 | Notice of Video Depo of Sue Smith of Geico - JB | .20 |
| 09/08/04 | Plt's First Supp Disclosures to Dft - JB | .20 |
| 09/13/04 | Review: Order on Motion to Strike Witnesses - JB | .20 |
| 09/13/04 | Call to Hozubin - JB | .10 |
| 09/15/04 | Call from Hozubin - JB | .10 |
| 09/16/04 | Prepare & attend deposition of Sue Smith - JB | 3 |
| 09/20/04 | Review: L from Hozubin - JB | .10 |
| 09/23/04 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 09/23/04 | 3rd Stip to Allow Ext to Respond to SJ Motion - JB | .20 |
| 09/28/04 | Motion/Memo/Order for Stay of Suit and Remand for Arbitration SS | 2.5 |
| 09/29/04 | Oppositon to SJ Motion SS/JB | 3.5 |
| 09/30/04 | Review: Motion to Set Trial Date - JB | .10 |
| 10/04/04 | Review: L from Hozubin - JB | .20 |
| 10/04/04 | Review: Stip that plt's op to sj and Dft's op to Mtn to Remand due on 10/21/04   Order signed 10/4/04 - JB | .10 |
| 10/21/04 | Call from Tetlow - JB | .10 |
| 10/25/04 | Motions in Limine - JB | 2 |

2154/Hourly Attorney Summary
Page 6


Exhibit A
Page 6 of 13