## MAULE ATTORNEY HOURLY SUMMARY

| Date | Description | Hours |
|---|---|---|
| 10/25/04 | Motion to Amend Complaint on Damages Greater than $75,000 - JB | 1.5 |
| 10/27/04 | Review: Reply to Plt's Opp to Mtn for SJ - JB/SS | 2.5 |
| 10/29/04 | Review: Non-Op Mtn for Ext of Time to file Op to Plt Mtn Stay suit | .10 |
| 11/05/04 | Review: Opp to Motion for Stay of Suit & Remand for Arbitration SS | .5 |
| 11/08/04 | Review: Order granting ext of time - JB | .10 |
| 11/09/04 | Review: Opposition to Amend Complaint on Damages Greater than $75,000 - JB | .5 |
| 11/10/04 | Review: Opposition to Motions in Limine - JB | 1 |
| 11/15/04 | Review: Reply to Opp Motion to Amend Complaint on Damages - JB/SS | .5 |
| 11/15/04 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 11/15/04 | Reply to Opposition to Motions in Limine - JB | 1.5 |
| 11/16/04 | Stip to allow ext of time to resp to 2nd Mtn to Remand to State JB | .10 |
| 11/17/04 | Review: Order granting ext of time - JB | .10 |
| 11/17/04 | Review: Def's 4th Supp Disclosure - Plt's Ins. Policy - SS/JB | .5 |
| 11/23/04 | Reply on Opp to Motion for Stay of Suit & Remand for Arbitration SS | 2.5 |
| 11/23/04 | Plt's Unopposed Mtn for 1 Day Late Filing of Reply to Opp - SS | .20 |
| 12/08/04 | Plt's Revised Final Witness List - JB | .20 |
| 12/21/04 | Call to client - JB | .30 |
| 12/30/04 | Review: Def's 5th Supp Disclosure - Chisholm, MD records - paraleg | n/a |
| 01/04/05 | Review: Dr. Chisholm's records - JB | 1 |
| 01/07/05 | Review: Order signed by Judge Singleton (14pgs) on:<br>1. Our motion for stay of suit denied<br>2. Dft Mtn for SJ re unconscionability Granted<br>3. Plt Mtn in Limine granted and denied in part<br>4. Plt Mtn to amend Complaint granted (we need to file) SS/JB | 1 |
| 01/10/05 | Call from/to Federal Court - paraleg | n/a |
| 01/21/05 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 01/21/05 | Ntc of Filing Third Amended Complaint; Third Amended Complaint; JB | .5 |
| 01/26/05 | Review: Renewed Motion and Memorandum to Set Trial Date - JB | .20 |
| 02/07/05 | Review: Answer to 3rd Amended Complaint - JB | .5 |
| 02/07/05 | Review: Motion to Dismiss - JB/SS | 1.5 |
| 02/07/05 | Review: Motion & Memo in Support of Civil Rule 11 Sanctions - SS | 1 |
| 02/09/05 | Review: Motion & Memo to Bifurcate - JB | .5 |
| 02/14/05 | Call to Hozubin: discussion settlement, bifurcation, etc. JB | .30 |

## MAULE ATTORNEY HOURLY SUMMARY

| Date | Description | Hours |
|---|---|---|
| 02/16/05 | Review: Stip to Withdraw Motion to Dismiss - JB | .5 |
| 02/22/05 | Opposition to Motion to Bifurcate - JB | 2 |
| 02/28/05 | Review: Reply to Opp to Motion to Bifurcate - JB | .5 |
| 03/03/05 | Letter to Public Consulting Group - paraleg | n/a |
| 03/03/05 | Call to Lon Grothen discussion settlement - SS | .30 |
| 03/07/05 | Letter to Geico - SS | .30 |
| 03/08/05 | Medical records request to Fireweed Health - paraleg | n/a |
| 03/08/05 | 5th RFAs to Geico - Dr. Chisholm records - JB | .20 |
| 03/30/05 | Review: Motion to Set Case for Trial - JB | .10 |
| 04/01/05 | Review: Order from Chambers - re readiness of case for trial - JB | .10 |
| 04/04/05 | Review: L from Hozubin (x2) - JB | .20 |
| 04/04/05 | Review: L from Tim Twomey re: Medicaid lien - JB | .20 |
| 04/07/05 | Review: Def's Resp to 4th RFAs - JB | .20 |
| 04/08/05 | Review: Def's Notice re Trial Date - JB | .10 |
| 04/08/05 | Plt's Stmt of Issues & Readiness for Trial - JB | .5 |
| 04/08/05 | Motion/Memo for Summary Judgment; Req for Oral Argument on SJ SS/JB | 2.5 |
| 04/12/05 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 04/12/05 | Review: L from Hozubin - JB | .20 |
| 04/20/05 | Review: Dft's Opp to Motion for Summary Judgment - SS/JB | 1 |
| 04/25/05 | Review: L from Hozubin & attached Motion for Sanctions - SS | .20 |
| 04/29/05 | Stipulation to Allow Ext. Of Time - JB | .10 |
| 05/05/05 | Pft's Reply to Dft's Opp to motion for Summary Judgment SS/JB | 2.5 |
| 05/11/05 | Pft's Motion for Sum Judg<br>Memo in Support of SJ Against Dft Lack of Mut in Arb Agreement SS | 1.5 |
| 05/16/05 | Review: L from Hozubin - JB/SS | .20 |
| 05/16/05 | Review: Mtn\Memo for Sanctions filed - SS | .30 |
| 05/18/05 | Review: Opp to the Motion For Sum Judg - SS/JB | .30 |



## MAULE ATTORNEY HOURLY SUMMARY

| | | |
|---|---|---|
| 05/26/05 | Plt's Reply to Opp to Motion for SJ - JB | 1.5 |
| 05/26/05 | Review: Request for Oral Argument - JB | .20 |
| 05/27/05 | Response to Motion and Memo for Sanctions Filed and Cross-Motion and Memo for Sanctions - SS | 1 |
| 06/06/05 | Review: Reply to Opp to Mtn for Sanctions and Opp to Cross-Mtn SS | 1 |
| 06/29/05 | Review: Order Partial Summary Judgment DENIED, Mtn for Oral Argument DENIED, Rqst for Attorney Fees GRANTED, Cross Mtn for Sanctions DENIED, Requested Affidavit re atty fees to be filed 7/8/05 - SS/JB | 1 |
| 7/08/05 | Review: Notice of Filing Affidavit - JB | .10 |
| 07/15/05 | Objection to Amount of Atty Fees Ordered - SS | .5 |
| 07/19/05 | Review: Reply to Obj to Amt of Atty Fees Ordered - SS | .5 |
| 08/05/05 | Review: Order for Plt to pay Dft Attorney Fees $1072.00 - SS/JB | .20 |
| 08/22/05 | Review: Order for Readiness for Trial - JB | .20 |
| 09/01/05 | Review: Certification of Readiness for trial - JB | .10 |
| 09/15/05 | Review: Order case assigned new judge JOHN W. SEDWICK - JB | .10 |
| 09/23/05 | Review: Order for Pre-trial Proceedings & Final Pre-trial Conference - JB | .20 |
| 10/27/05 | Review: L from Hozubin & Dft's 3rd Supp Disclosure - JB | .30 |
| 11/03/05 | Review: Dft's 6th Supp Disclosure - JB | .20 |
| 11/14/05 | Review: ORDER Pre-trial conf rescheduled for 1/4/06 @ 10am - JB | .10 |
| 11/28/05 | Call to Computer Matrix re: depo transcriptions - paraleg | n/a |
| 11/28/05 | Letter to Dr. Chester - JB | .30 |
| | | |
| 12/01/05 | Call to Twila re: upcoming trial & documents - paraleg | n/a |
| 12/02/05 | Letter to Wilkerson Hozubin & Burke (x3) re: Jt Stmt of Issues; Revised Jt Stmt of Issues; & Exhibit List - JB | 2 |
| 12/02/05 | Review: Notice of Taking Records Depo of AK Spine Institute/Rehab Med - JB | .10 |
| 12/05/05 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 12/05/05 | Add additional documents as Exhibits JB | .5 |
| 12/05/05 | Review: Final Witness List - JB | .20 |
| 12/05/05 | Joint Statement of Issues - JB | .5 |



## MAULE ATTORNEY HOURLY SUMMARY

| | | |
|---|---|---|
| 12/05/05 | Joint Statement of Uncontested Facts - JB | .5 |
| 12/05/05 | Attend meeting re: Exhibits/Jt Stmts at Fed Court House (ZM & JB) | 1 |
| 12/05/05 | 2nd Mtn in Limine and Order - JB | 2 |
| 12/05/05 | Revised Final Witness List - JB | .20 |
| 12/05/05 | Exhibit List - JB | .30 |
| 12/05/05 | Review: Exhibit List - JB | .30 |
| 12/06/05 | Review: L from Hozubin w/trial exbs - JB | .5 |
| 12/06/05 | Call from and fax to Rhonda w/Plt's Exhibits 44 & 45 paraleg | n/a |
| 12/06/05 | Depo Designations - JB | 1.5 |
| 12/06/05 | Review: Def's Depo Designations - JB | 1 |
| 12/08/05 | Review: L from Rhonda/Wilkerson Hozubin & Burke - paraleg | n/a |
| 12/08/05 | Review: L from Hozubin - JB | .20 |
| 12/08/05 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 12/08/05 | Review: Renewed Mtn and Memo to Bifurcate - JB | 1 |
| 12/08/05 | Review: Exhibit List and Exhibits - JB | .5 |
| 12/08/05 | Review: Motion and Memo to accept Late Filing - JB | .10 |
| 12/08/05 | Review: Mtn and Memo Re Illicit Drug Use - JB | 1.5 |
| 12/09/05 | Review: 7th Supp to ID - JB | .10 |
| 12/12/05 | Review: Order granting Mtn to Accept Late Filing - JB | .10 |
| 12/12/05 | Objections Def's Depo Designations & Plt's Counter Designations JB | 3 |
| 12/12/05 | Objections to Def's Exhibits - JB | 2 |
| 12/12/05 | Review: Obj to Plt's Exhibits - JB | 1 |
| | | |
| 12/19/05 | Ptf's Arguments and Authorities in Favor of Admission of Exh JB | 1 |
| 12/19/05 | Opp to Geico's Mtn re: Illicit Drug Use; - JB | 2 |
| 12/19/05 | Review: Reply on Obj to Def's Exhibits - JB | 1 |
| 12/19/05 | Review: Opp to Plt's 2nd Motion in Limine - JB | .5 |
| 12/20/05 | Review: Def's Obj to Plt's Ctr-Depo Designations - JB | .5 |
| 12/20/05 | Review: Def's Obj to Plt's Depo Designations - JB | .5 |
| 12/21/05 | Opp to Renewed Mtn to Bifurcate - JB | 2 |

## MAULE ATTORNEY HOURLY SUMMARY

| Date | Description | Hours |
|---|---|---|
| 12/22/05 | Call from Hozubin re: bifurcation/Dr. Chester - JB | .20 |
| 12/23/05 | Review: Reply to Opp to Renewed Mtn to Bifurcate - JB | .5 |
| 12/23/05 | Reply on Opp to Plt's 2nd Motion in Limine - JB | 1 |
| 12/23/05 | Review: Order on Motion in Limine - JB | .20 |
| 12/23/05 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 12/23/05 | Review Order RE Obj TO Exhibits and Depo Designations - JB | 1.5 |
| 12/27/05 | Review medical bill issues prepare memo for JB - paraleg | n/a |
| 12/27/05 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 12/27/05 | Review: ORDER DENYING DEF'S MTN TO BIFURCATE - JB | .10 |
| 12/28/05 | Notice to Court of Substitution of Lead Attorney - JB | .10 |
| 12/29/05 | Review: Order Denying Evidence of Illegal Drug Use - JB | .10 |
| 01/03/06 | 1) Plaintiff's Trial Brief<br>2) Plaintiff's Proposed Voir Dire Questions<br>3) Plaintiff's Proposed Jury Instructions - JB | 2.5 |
| 01/04/06 | Review:  1) Defendant's Trial Brief<br>2) Defendant's Voir Dire Outline<br>3) Defendant's Proposed Jury Instructions - JB | 1.5 |
| 01/04/06 | Attend Pre-Trial Conference (JB Tele and ZM) | .30 |
| 01/16/06 | Review: L from Hozubin re: obj to JI - JB | .5 |
| 01/17/06 | Letter to Wilkerson Hozubin & Burke - paraleg | n/a |
| 01/20/06 | Review: L from Hozubin w/trial exbs attached - JB | .5 |
| 01/20/06 | In house instructions re: Exhibit 2 - JB | .5 |
| 01/20/06 | Letter to Wilkerson Hozubin & Burke - JB | .20 |
| 01/20/06 | Stip re Plt's Revised Exbs - JB | .20 |
| 01/20/06 | SS & JB discussion | .5 |
| 01/21/06 | Prep trial - JB | .5 |
| 01/22/06 | Prep trial - JB | .5 |
| 01/22/06 | Call to client -JB | .5 |
| 01/23/06 | Review: Maule depo - JB | 1 |
| 01/23/06 | Prepare & send for service subpoena Dr. Chisholm (Telephonic testimony) - JB | .30 |
| 01/24/06 | Call to Hozubin - JB | .10 |

## MAULE ATTORNEY HOURLY SUMMARY

| | | |
|---|---|---|
| 01/24/06 | Letter to Dr. Chisholm - JB | .30 |
| 01/24/06 | Letter to Debra Warnke - JB | .30 |
| 01/24/06 | Letter to North Country Process - paraleg | n/a |
| 01/24/06 | Letter to Dr. Jasper - JB | .30 |
| 01/24/06 | Letter to Computer Matrix re: instr to edit Throckmorton video - JB | .5 |
| 01/24/06 | Review: L from Hozubin (x3) & new set of Exhibits for trial redacted to comply w/court order - JB | 1 |
| 01/25/06 | Prepare & send for service subpoena of Dr. Chester - JB | .30 |
| 01/25/06 | Letter to Wilkerson Hozubin & Burke (x2) re: Exhibits & Chester testimony - JB | .5 |
| 01/25/06 | Letter to Dr. Chester - JB | .30 |
| 01/25/06 | Review: L from Hozubin re: JI & Exbs - JB | .5 |
| 01/25/06 | Review: Def's 8th Supp Discl - Dr. Chester recs JB | .5 |
| 01/25/06 | Review: Def's Obj to Plt's Proposed Jury Instr & Additional Proposed Jury Instr - JB | .5 |
| 01/26/06 | Review: 1) Notice re Counsel - Wilkerson & Hozubin attending  2) Notice of Tele Testimony - Dr. Moore - JB | .20 |
| 01/26/06 | Review: L from Hozubin - JB | .5 |
| | | |
| 01/26/06 | Def's Notice Re Jury Instructions - JB | .30 |
| 01/27/06 | Letter to North Country Process - paraleg | n/a |
| 01/27/06 | Review: Order from Chambers (no trial Tues or Weds) - JB | .20 |
| 01/27/06 | Fax to Dr.'s Chester & Chisholm re: no trial, reschedule - JB | .30 |
| 01/27/06 | Review: L from Hozubin & Def's Exhibit List/Exhibits F & H - JB | .20 |
| 01/27/06 | Review: L from Hozubin w/Exhibit K - JB | .20 |
| 01/27/06 | Review: Notice of Intent to Use "DEPS" System - JB | .10 |
| 01/27/06 | Notice of Telephonic Testimony - Dr. Chisholm - JB | .30 |
| 01/27/06 | Subpoena - Dr. Chisholm (sent for service 01/27/06) Subpoena - Dr. Chester (Dr. Chester said no need to serve, she will testify) - JB | .30 |
| 1/28/06 | prepare trial - JB | 5 |
| 1/29/06 | prepare trial - JB | 9 |
| 01/30/06 | Review: L from Hozubin re: Gerlay video, exbs, etc. - JB | .20 |
| 01/30/06 | Review: L from Hozubin re: 200092 in Exb B - JB | .30 |

2154/Hourly Attorney Summary  
Page 12

Exhibit __A__  
Page 12 of 13

## MAULE ATTORNEY HOURLY SUMMARY

| Date | Description | Hours |
|---|---|---|
| 01/30/06 | Review: L from Hozubin re: 200283 in Exb C - JB | .30 |
| 01/30/06 | Review: L from Hozubin re: Exb E - JB | .30 |
| 01/30/06 | Plt's Revised Exhibit List - JB | .5 |
| 01/30/06 | Plt's Obj to Def's Proposed JI and Additional Proposed JI - JB | .5 |
| 01/30/06 | Prepare and attend 1st day of trial - JB | 8 |
| 01/31/06 | Review: L from Hozubin w/Gerlay video - JB | .20 |
| 01/31/06 | Letter to Wilkerson Hozubin & Burke - JB | .20 |
| 1/31/06 | prepare trial - JB | 5 |
| 2/1/06 | prepare trial - JB | 8 |
| 02/01/06 | Letter to Wilkerson Hozubin & Burke - JB | .20 |
| 02/01/06 | Review: L from Hozubin - JB | .20 |
| 02/02/06 | prepare and attend trial - JB | 10 |
| 02/03/06 | prepare and attend trial - JB | 11 |
| 2/4/06 | prepare trial - JB | 6 |
| 2/5/06 | prepare trial - JB | 9 |
| 02/06/06 | Call to client - JB | .10 |
| 02/06/06 | prepare and attend trial - JB | 9 |
| 02/08/06 | attend verdict teleph - JB | .30 |

TOTAL ATTORNEY HOURS
246.10 X $190/hr = $46,759.00

2154/Hourly Attorney Summary
Page 13

Exhibit A
Page 13 of 13