# WILKERSON, HOZUBIN & BURKE, pc

310 K Street, Suite 405
Anchorage, Alaska 99501

MARK E. WILKERSON
REBECCA J. HOZUBIN
DANA S. BURKE
SUSAN D. MACK
WALLACE H. TETLOW

Telephone (907) 276-5297
Facsimile (907) 276-5291

August 30, 200r

RECEIVED
AUG 3 0 2004
Law Offices
STEVE M. SIMS

Via facsimile only
(907) 276-5817

Jeff Barber, Esq.
Law Offices of Steve Sims
821 N Street, Suite 103
Anchorage, AK 99501

Re: Teresa Ooten Maule v. GEICO
Case No. A03-0183 CV (JKS)
Our File No.: 2000.232

Dear Jeff:

I have a call outstanding to Ms. Smith as to her availability for deposition. I will provide you with proposed dates as soon as I have them.

I will also discuss with my client an extension for your opposition until shortly after Ms. Smith's deposition. I do not think it will be a problem.

Finally you mentioned settlement in your message. Given the events of this case, specifically the recent depositions, GEICO is not interested in a settlement conference or mediation. If you care to make a settlement offer, we will review the offer.

Respectfully,

WILKERSON, HOZUBIN & BURKE

Rebecca J. Hozubin

RJH/
Cc: GEICO
2000/232/corresp/Barber.015

Exhibit  2
Page  1  of  1