JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK  99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE,           )<br>                              )<br>            Plaintiff,         )<br>                              )<br>vs.                           )<br>                              )<br>Government Employees          )<br>Insurance    Company,         )<br>d\b\a GEICO,                  )<br>                              )<br>            Defendant.        )<br>_____) | Case No. 3:03-cv-00183-JWS |

## PLAINTIFF'S MOTION FOR PREJUDGMENT AND POSTJUDGMENT INTEREST

      Plaintiff, Theresa Maule, by and through her attorneys, The Law Offices

of Steve Sims, moves for prejudgment interest in the amount of $8,415.66 based on the

principal judgment amount of $27,500 @ 8.25% per year from April 20, 2002 (the date

GEICO paid $20,000 under the UM coverage) until February 8, 2006 (the date of judgment) for a total of 1353 days times $6.22/day = $8,415.66 pursuant to AS 09.30.070. Plaintiff moves for postjudgment interest at the rate of 8.25% per year pursuant to AS 09.30.070. Plaintiff's proposed Order is filed herewith.

DATED at Anchorage, Alaska this 17 day of February, 2006.

LAW OFFICE OF STEVE M. SIMS
Attorney for Plaintiff

By:  s/ JEFFREY J. BARBER
821 N Street Suite 103
Anchorage  AK 99501
Phone: (907) 276-5858
Fax: (907) 276-5817
Email: jbarber@alaskainjury.com
ABA No.: 0111058

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on February 17, 2006 a copy of the foregoing
Plaintiff's Motion for Prejudgment and Postjudgment
Interest was served electronically on:

Rebecca Hozubin

I Further certify that the typeface used in the
foregoing document is Times New Roman 13.

S/   JEFFREY J. BARBER