JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK   99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Government Employees Insurance Company, d\b\a GEICO, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A03-0183 CV (JWS) |

### AFFIDAVIT OF NANCY STRUEMPLER

STATE OF ALASKA        )
                      ) ss.
THIRD JUDICIAL DISTRICT )

NANCY STRUEMPLER, being first duly sworn upon his oath, states as follows:

Law Offices of
STEVE M. SIMS
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

2154 / 66 Affidavit of Nancy Struempler
Page 1

1. That I am one of the employees at the Law Offices of Steve Sims responsible for paying costs related to Theresa Ooten Maule's litigation and I have personal knowledge of the matters set forth in this Affidavit;

2. That Theresa Ooten Maule's expenses necessarily incurred in this action were as follows:

| DESCRIPTION | COSTS |
|---|---|
| Filing Fee Superior Court | $150.00 |
| Service of Process Insurance Company | 25.00 |
| Certified Mail | 7.90 |
| Deposition Charges: | |
|     Computer Matrix (Copy of Maule depo) | 75.00 |
|     Computer Matrix: | |
|         Depo Dr. Throckmorten | 265.50 |
|         Edit Dr. Throckmorten depo | 45.00 |
|         Copy of video | 15.00 |
|         Depo Dr. Woodward (7/29/05) | 356.25 |
|         Take video depo of Dr. Gerlay (recording) | 160.00 |
|         Video depo of Dr. Gerlay | 127.00 |
|         Video of Throckmorten & Woodward | 100.00 |
|         Copy of videotape (Maule) | 15.00 |
|         Sue Smith Video Deposition | 404.25 |
|     R&R Court Reporters duplicate IME tape | 25.00 |
| Service Fees: | |
|     Subpoena Dr. Chisholm (Wasilla) | 119.86 |
|     Subpoena Dr. Chester | 45.00 |
| Expert Witnesses: | |
|     Dr. Chisholm | 150.00 |
|     Dr. Chester | 150.00 |
| MEDICAL RECORDS: | |
|     Gary Jasper ANP | 25.00 |
|     Aurora pain Management | 125.00 |
|     Throckmorten Chiropractic | 40.00 |
|     Back Pain Center of Alaska | 50.00 |
|     Providence Hospital | 41.90 |
|     Rehabilitation Medicine | 75.00 |
|     Operating Engineers Records | 75.00 |

Law Offices of
STEVE M. SIMS
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

2154 / 66 Affidavit of Nancy Struempler
Page 2

Copying Charges -- Rule 79(f)(12)
    A.  In-House Copies 5982 @ .15    897.30

Miscellaneous:
    Bind trial exhibits.  Minuteman Press    9.00

TOTAL    $3,573.96

3. Further this affiant sayeth naught.

DATED at Anchorage, Alaska this 17th day of February, 2006.

_____
NANCY STRUEMPLER
LAW OFFICES OF STEVE SIMS

SUBSCRIBED AND SWORN to before me this 17th day of February, 2006 at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 7-15-06

Law Offices of
STEVE M. SIMS
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

2154 / 66 Affidavit of Nancy Struempler
Page 3