JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK   99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| TERESA OOTEN MAULE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Government Employees | ) | |
| Insurance      Company, | ) | |
| d\b\a GEICO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ ) | | Case No. A03-0183 CV (JWS) |

## ORDER GRANTING PLAINTIFF COSTS

The Court, having considered Plaintiff's Motion for Costs, any Opposition

thereto, and being fully advised in the premises:

//

2154 / 67 Order
Page 1

IT IS HEREBY ORDERED that Plaintiff's Motion for Costs is

GRANTED.  The defendant shall pay plaintiff costs in the amount of $3,573.96.


DATED at Anchorage, Alaska this _____ day of _____, 2006.


_____

JOHN W. SEDWICK
US District Court Judge


CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on February 17, 2006 a copy of the foregoing
Plaintiff's Motion for Attorney's Fees was served electronically on:

Rebecca Hozubin

I Further certify that the typeface used in the
foregoing document is Times New Roman 13.

S/   JEFFREY J. BARBER