JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK   99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE,            )<br>                                                    )<br>            Plaintiff,           )<br>                                                    )<br>vs.                                             )<br>                                                    )<br>Government Employees      )<br>Insurance      Company,      )<br>d\b\a GEICO,                          )<br>                                                    )<br>            Defendant.          )<br>_____ ) | Case No. A03-0183 CV (JWS) |

**ORDER DENYING GEICO'S MOTION FOR OFFSET**

The Court, having considered GEICO's Motion for Offset, Ms. Maule's Opposition, and being fully advised in the premises:

//

IT IS HEREBY ORDERED that GEICO's Motion for Offset is DENIED.

2154 / 69 Order re: Motion for Offset
Page 1

    DATED at Anchorage, Alaska this _____ day of _____, 2006.

               _____
               JOHN W. SEDWICK
               US District Court Judge

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on February 17, 2006 a copy of the foregoing
Plaintiff's Opposition to Motion for Offset and Proposed Order
was served electronically on:

Rebecca Hozubin

I Further certify that the typeface used in the
foregoing document is Times New Roman 13.

S/ JEFFREY J. BARBER