JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK   99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE,           )<br>                               )<br>           Plaintiff,          )<br>                               )<br> vs.                           )<br>                               )<br> Government Employees          )<br> Insurance     Company,         )<br> d\b\a GEICO,                   )<br>                               )<br>           Defendant.          )<br> _____ ) | Case No. 3:03-cv-00183-JWS |

### ERRATA NOTICE ON PLAINTIFF'S ORDER GRANTING PREJUDGMENT AND POSTJUDGMENT INTEREST

Plaintiff, Theresa Maule, by and through her attorneys, The Law Offices of Steve Sims, submits a copy of the corrected Order Granting Prejudgment and

Postjudgment Interest that was filed in this case with an incorrect heading on February 17, 2006..

DATED at Anchorage, Alaska this 24 day of February, 2006.

        LAW OFFICE OF STEVE M. SIMS
        Attorney for Plaintiff

By:   s/ JEFFREY J. BARBER
      821 N Street Suite 103
      Anchorage   AK 99501
      Phone: (907) 276-5858
      Fax: (907) 276-5817
      Email: jbarber@alaskainjury.com
      ABA No.: 0111058

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on February 24, 2006 a copy of the
foregoing Errata Notice was served electronically on:

Rebecca Hozubin

I Further certify that the typeface used in the
foregoing document is Times New Roman 13.

S/   JEFFREY J. BARBER