JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK   99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE,                       )<br>                                                             )<br>                        Plaintiff,             )<br>                                                             )<br>vs.                                                       )<br>                                                             )<br>Government Employees                     )<br>Insurance     Company,                       )<br>d\b\a GEICO,                                      )<br>                                                             )<br>                        Defendant.          )<br>_____ ) | Case No. A03-0183 CV (JWS) |

## ORDER GRANTING PLAINTIFF PREJUDGMENT AND POSTJUDGMENT INTEREST

The Court, having considered Plaintiff's Motion for Prejudgment and

Postjudgment Interest, any Opposition thereto, and being fully advised in the premises:

//

2154 / 68 ORDER GRANTING PREJUDGMENT AND POSTJUDGMENT INTEREST
Page 1

IT IS HEREBY ORDERED that Plaintiff's Motion for Prejudgment and postjudgment interest is GRANTED.  The defendant shall pay plaintiff prejudgment interest in the amount of $8,415.66 and postjudgment interest at a rate of 8.25% per year.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
JOHN W. SEDWICK
US District Court Judge

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on February 24, 2006 a copy of the
foregoing was served electronically on:

Rebecca Hozubin

I Further certify that the typeface used in the
foregoing document is Times New Roman 13.

S/   JEFFREY J. BARBER