IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERESA OOTEN MAULE,                 )
                                    )
            Plaintiff,              )
                                    )
    vs.                             )
                                    )
GEICO GENERAL INSURANCE             )
COMPANY, d\b\a GEICO,               )
                                    )
            Defendant.)             )
                                    )   Case No. A03-0183 CV (JWS)
_____)

## ORDER GRANTING DEFENDANT'S COUNTERMOTION FOR PREVAILING PARTY STATUS

THIS COURT, having reviewed plaintiff's Motion for Attorney's Fees and the opposition thereto, hereby finds the opposition well taken.  Plaintiff's Motion for Attorney's Fees is hereby DENIED.  Also, after having reviewed the Countermotion for Prevailing Party Status and any opposition thereto, the court finds that motion well taken, and GRANTS the same. Defendant is the prevailing party in this action.  Plaintiff's Motion for Interest and Motion for Costs are hereby denied as moot.

DATED this _____ day of _____ 2006.

_____
Honorable John W. Sedwick
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
I hereby certify that on the
27th day of February 2006, a copy
of foregoing Defendant's Proposed Order
Granting Motion for Prevailing Party Status
was served electronically and by mail
on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE


By: s/Rebecca J. Hozubin
**2000.232/plead/Opp to Mtn to Fees- Order**