IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERESA OOTEN MAULE,            )
                              )
            Plaintiff,         )
                              )
      vs.                      )
                              )
GEICO GENERAL INSURANCE        )
COMPANY, d\b\a GEICO,          )
                              )
            Defendant.)        )
_____)        Case No. A03-0183 CV (JWS)

### ORDER GRANTING DEFENDANT'S COUNTERMOTION FOR PREVAILING PARTY STATUS

THIS COURT, having reviewed the Countermotion for Prevailing Party Status and any opposition thereto, finds that motion well taken. Accordingly it is GRANTED. Defendant is the prevailing party in this action. Plaintiff's Motion for Interest and Motion for Costs are hereby denied as moot.

DATED this _____ day of _____ 2006.

_____
Honorable John W. Sedwick
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
I hereby certify that on the

27th day of February 2006, a copy
of foregoing Defendant's Proposed Order
Granting Motion for Prevailing Party Status
was served electronically and by mail
on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501


WILKERSON, HOZUBIN & BURKE


By: s/Rebecca J. Hozubin
**2000.232/plead/Opp to Mtn to Fees- Counter Order**