IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) | |
| ) | |
|         Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GEICO GENERAL INSURANCE ) | |
| COMPANY, d\b\a GEICO, ) | |
| ) | |
|         Defendant. ) | |
| _____) | Case No. A03-0183 CV (JWS) |

**ORDER DENYING PLAINTIFF'S MOTION FOR COSTS**

THIS COURT, having reviewed plaintiff's Motion for Costs and the opposition thereto, hereby finds the opposition well taken. Plaintiff's Motion for Costs is hereby DENIED.

DATED this _____ day of _____ 2006.

                                                Honorable John W. Sedwick
                                                UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
I hereby certify that on the
27th day of February 2006, a copy
of foregoing Defendant's Proposed Order
Denying Motion for Costs
was served electronically and by mail
on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin
2000.232/plead/Opp to Mtn for Costs- Order