Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016


Attorneys for Defendant GEICO


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE,                   )<br>                                     )<br>                 Plaintiff,            )<br>                                     )<br>        vs.                           )<br>                                     )<br> GEICO GENERAL INSURANCE              )<br> COMPANY, d\b\a GEICO,                )<br>                                     )<br>                 Defendant.           )<br>_____      ) | Case No. A03-0183 CV (JWS) |

### DEFENDANT'S MOTION AND MEMORANDUM TO STRIKE PLAINTIFF'S MOTION FOR COSTS

COMES NOW defendant, by and through counsel, Wilkerson,
Hozubin & Burke, and hereby moves to strike Plaintiff's Motion
for Costs.  On February 17, 2006 plaintiff filed a Motion for
Costs.  *See* Docket 170.  Plaintiff, however, failed to follow
Local Rule 54.1 which requires that plaintiff file not only a
cost bill, but a notice of the cost bill hearing at which the
clerk will tax costs for the prevailing party.  Plaintiff did

not file such a document, nor arrange such a meeting.  Further,
Local Rule 54.1(b) requires that the cost bill include:
statutory verification, photocopies of invoices, proofs of
payment, and other supporting documents as necessary or
appropriate.  Plaintiff instead filed a non-specific affidavit
regarding her costs.  This does not meet the local requirements
for a cost bill.  Defendant respectfully requests that the court
strike plaintiff's Motion for Costs and require the prevailing
party, whichever that may be,[1] to file the appropriate cost bill
and notice of cost bill hearing after the court's ruling on the
prevailing party issue.

DATED this 28th day of February 2006.

Wilkerson, Hozubin & Burke

By: s/Rebecca J. Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
Attorneys for Defendant GEICO
AK Bar No. 9806016

---

[1] Defendant filed a Motion for Prevailing Party Status which is not yet ripe.

2

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
28th day of February 2006, a copy
of foregoing Defendant's Motion to
Strike Plaintiff's Motion for Costs
was served electronically and by mail
on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin

2000.232/plead/Mtn to Strike Costs