IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GEICO GENERAL INSURANCE ) | |
| COMPANY, d\b\a GEICO, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. A03-0183 CV (JWS) |

**ORDER GRANTING MOTION TO STRIKE PLAINTIFF'S MOTION FOR COSTS**

THIS COURT, having reviewed defendant's Motion to Strike Plaintiff's Motion for Costs, and any response thereto, finds the motion well taken.  The motion is GRANTED.

Docket 170 is stricken.  The prevailing party shall file the appropriate paperwork, consistent with Local Rule 54.1, within 10 days of the date this court rules which party is the prevailing party.

DATED this _____ day of _____, 2006.


                                                                     _____
                                                                     Honorable John W. Sedwick
                                                                     UNITED STATES DISTRICT COURT JUDGE

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the 28th day of February 2006, a copy of foregoing Defendant's Motion to Strike Plaintiff's Motion for Costs was served electronically and by mail on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE


By: s/Rebecca J. Hozubin
2000.232/plead/Mtn to Strike Costs- Order

2