Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016


Attorneys for Defendant GEICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE,              )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>     vs.                          )<br>                                  )<br>GEICO GENERAL INSURANCE           )<br>COMPANY, d\b\a GEICO,             )<br>                                  )<br>            Defendant.            )<br>_____) | Case No. A03-0183 CV (JWS) |

**DEFENDANT'S OPPOSITION TO MOTION FOR INTEREST**

COMES NOW, defendant GEICO, through counsel, Wilkerson, Hozubin & Burke, and opposes plaintiff's Motion for Interest.

As this Court is well aware by now, defendant seeks an offset on the judgment for the Medicaid lien paid by defendant on behalf of plaintiff and that relates to this accident.  This offset is the subject of Docket 165 and is not yet ripe.  If successful the judgment against defendant will not be $27,500 and therefore plaintiff will not be entitled to prejudgment or post-judgment interest on that amount.

Further, if defendant is found to be prevailing party, the judgment should further be reduced by the amount of attorney fees owed by plaintiff to defendant.  Once again plaintiff would not be entitled to pre- or post-judgment interest on that either.

Finally, it is within the discretion of the Court whether to award interest.  Defendant respectfully requests that for all the reasons set forth in Defendant's Motion for Prevailing Party Status, Docket 174, and the Opposition to the Motion for Attorney's Fees, Docket 173, the Court should not award plaintiff either pre- or post-judgment interest.

DATED this 28th day of February 2006.

                Wilkerson, Hozubin & Burke

By: s/Rebecca J. Hozubin
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: Rebecca@wilkersonlaw.net
    Attorneys for Defendant GEICO
    AK Bar No. 9806016

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of February 2006, a copy of foregoing Defendant's Opposition to Motion for Interest was served electronically on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin

2000.232/plead/Opp to Mtn for Interest

3