IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TERESA OOTEN MAULE,            )
                              )
                Plaintiff,     )
                              )
        vs.                    )
                              )
GEICO GENERAL INSURANCE        )
COMPANY, d\b\a GEICO,          )
                              )
                Defendant.     )
_____)    Case No. A03-0183 CV (JWS)

## ORDER DENYING DEFENDANT'S MOTION FOR INTEREST

THIS COURT, having reviewed plaintiff's Motion for Interest

and the opposition thereto, hereby finds the opposition well

taken.  Plaintiff's Motion for Interest is DENIED.

DATED this _____ day of _____ 2006.


_____
Honorable John W. Sedwick
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
I hereby certify that on the
28th day of February 2006, a copy
of foregoing Defendant's Proposed Order
Denying Plaintiff's Motion for Interest
was served electronically
on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin
2000.232/plead/Opp to Mtn for Interest- Order