Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016

Attorneys for Defendant GEICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, )<br>)<br>            Plaintiff,    )<br>)<br>    vs.                     )<br>)<br>GEICO GENERAL INSURANCE    )<br>COMPANY, d\b\a GEICO,      )<br>)<br>            Defendant.    )<br>_____) | Case No. A03-0183 CV (JWS) |

**ERRATA TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR FEES**

COMES NOW defendant, GEICO, through counsel, and provides as an errata the attached corrected Opposition to Plaintiff's Motion for Fees. The purpose of the errata is to correct some inadvertent typographical errors. Counsel apologizes for the inconvenience.

DATED this 3rd day of March 2006.

    Wilkerson, Hozubin & Burke

    By: s/Rebecca J. Hozubin
        310 K Street, Suite 405
        Phone: 907 276-5297
        Fax: 907 276-5291
        E-mail: Rebecca@wilkersonlaw.net
        Attorneys for Defendant GEICO
        AK Bar No. 9806016

*CERTIFICATE OF SERVICE*
I hereby certify that on the 3rd day of March 2006, a copy of foregoing Errata to Opposition to Motion for Fees was served electronically on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin

2000.232/plead/Errata to Opp to Mtn for Fees