JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK  99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Government Employees )<br>Insurance    Company, )<br>d\b\a GEICO, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:03-cv-00183-JWS |

### REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTIONS FOR INTEREST

There is no good reason for GEICO to oppose awarding interest in this case. GEICO had the use of the money that it should have paid Ms. Maule several years ago. Failing to pay interest is manifestly unfair and unjustly enriches GEICO.

2154 / 68 Reply to Defendant's Opposition to  Plaintiff's Motion for Interest
Page 1

GEICO accepted the premiums paid for UM coverage but wrongfully denied payment of the UM claim.  It is no secret that insurance companies make money by accepting premiums up front and paying claims over time.  Unfortunately, litigation time is part of this phenomenon.  The court should not reward GEICO for its conduct by denying Ms. Maule statutory interest contrary to AS 09.30.070.  GEICO does not cite any reasonable basis in law or fact for its opposition to granting prejudgment or postjudgment interest.

Finally, GEICO mentions that its attorney fees must be offset before any interest is calculated.  Since GEICO states in its Opposition to Plaintiff's Motion for Attorney Fees that it is not seeking fees, just a declaration of prevailing party status, any claims for attorney fees by GEICO should be deemed waived or estopped.  Waiver is appropriate because GEICO pled that it is not seeking fees and parties are entitled to rely on pleadings.  Estoppel is appropriate if the court or Ms. Maule reasonably rely to their detriment on GEICO's assertion that it is not seeking fees.

DATED at Anchorage, Alaska this    day of March, 2006.

LAW OFFICE OF STEVE M. SIMS
Attorney for Plaintiff

By:   s/ JEFFREY J. BARBER
821 N Street Suite 103
Anchorage   AK 99501
Phone: (907) 276-5858
Fax: (907) 276-5817
Email: jbarber@alaskainjury.com
ABA No.: 0111058

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on March 3, 2006 a copy of the foregoing
Plaintiff's Reply to Defendant's Opposition to Interest was served electronically on:

Rebecca Hozubin

I Further certify that the typeface used in the
foregoing document is Times New Roman 13.

S/    JEFFREY J. BARBER