STEVE M. SIMS
LAW OFFICES OF STEVE M. SIMS
821 N STREET, SUITE 103
ANCHORAGE, AK    99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Government Employees ) | |
| Insurance    Company, ) | |
| d\b\a GEICO, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. A03-0183 CV (JKS) |

PLAINTIFF'S RULE 68 OFFER OF JUDGMENT

TO:    Mark Wilkerson, Attorney for defendant GEICO

COMES NOW the plaintiff, TERESA OOTEN MAULE, by and through her attorney, the Law Office of STEVE M. SIMS, and pursuant to Civil Rule 68, hereby offers to allow entry of judgment for plaintiff in this action for THIRTY THOUSAND ($30,000.00) DOLLARS, plus Rule 82(b)(1) attorney fees. Plaintiff will dismiss any and all claims asserted or that

Law Offices of
STEVE M. SIMS
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817

could be asserted in exchange for $35,000.00 including interest, costs and attorney fees in new money.

This is an offer of compromise only, and is not to be construed as an admission.

Under Alaska law, if an insurance company believes there is a significant risk that a person's claim may exceed its policy limits, then the insurance company has a duty to tender its policy limits as a settlement offer. <u>Schultz v. Travelers Indem. Co.</u>, 754 P.2d 265, 266-67 (Alaska 1988)(per curiam).

DATED this _16_ day of April, 2004.

_____
STEVE M. SIMS
ABA No. 7710168
Attorney for Plaintiff

CERTIFICATE OF SERVICE AND TYPEFACE

This is to certify that on _4-16-04_
a copy of the foregoing was given to
AMS for delivery to:

Mark E. Wilkerson, Esq.
310 K Street, Suite 405
Anchorage, AK 99501

I further certify that the typeface used in the foregoing document is Courier New 12.

_____
NANCY STRUEMPLER

Law Offices of
STEVE M. SIMS
821 'N' Street, Suite 103
Anchorage, Alaska 99501
Telephone (907) 276-5858
Fax (907) 276-5817