## ATTORNEY'S RETAINER AGREEMENT

In consideration of legal services to be rendered by the Law Offices of Steve M. Sims, hereinafter referred to as "Attorney" in the prosecution of all claims I may have against the parties responsible for the harm I sustained on _8-28-01_ as a result of _Car accident to handle uninsured motorist claim_.

I hereby employ said attorney to commence and prosecute such claim and hereby assign to him as compensation for his work, a lien of _33⅓%_ of all amounts recovered or received as compromise settlement or satisfaction of judgment herein. If the matter is tried, attorney's compensation will be _33⅓%_ of all amounts.

All out-of-pocket costs and expenses shall be the responsibility of the client. If any costs are outstanding at the time of collection or settlement, the attorney shall be reimbursed said costs from the client's share of the collection or settlement.

It is understood that out-of-pocket costs and expenses are such things as filing fees, service fees, deposition costs, and similar monies paid out-of-pocket to pay the costs of this litigation. The attorney may advance such costs and expenses subject to reimbursement. An initial sum of _-0-_ has been received by attorney to cover costs.

Under the law, you may have to pay some or all of the costs, attorney fees and expenses of your opponents in your case if you do not win your case after suit or if you reject an offer that turns out to be better than your results at trial.

No settlement shall be binding without my consent or the consent of my attorney. The attorney may withdraw at any time upon giving reasonable notice.

STEVE M. SIMS
Attorney-at-Law
801 N. Street, Suite 206
Anchorage, Alaska 99501
Telephone 276-5858

DATED: _10-25-01_           x_____

ATTORNEY'S RETAINER AGREEMENT
Page 1 of 1

Exhibit __2__
Page __1__ of __1__