Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016

Attorneys for Defendant GEICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GEICO GENERAL INSURANCE ) | |
| COMPANY, d\b\a GEICO, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. A03-0183 CV (JWS) |

**MOTION AND MEMORANDUM TO ACCEPT LATE FILING**

Defendant GEICO, through counsel, Wilkerson, Hozubin & Burke, and moves the court to accept its late filed Reply to Opposition to Motion for Offset. The reply was due March 6, 2006, and undersigned counsel was out of the office ill that day. The one day late filing will not prejudice any parties.

Defendant respectfully asks that the court exercise its discretion and accept the late filing.

DATED this 7th day of March 2006.

         Wilkerson, Hozubin & Burke

       By: s/Rebecca J. Hozubin
          310 K Street, Suite 405
          Phone: 907 276-5297
          Fax: 907 276-5291
          E-mail: Rebecca@wilkersonlaw.net
          Attorneys for Defendant GEICO
          AK Bar No. 9806016

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March 2006, a copy of foregoing Defendant's Motion to Accept Late File was served electronically on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin
2000.232/plead/Mtn late file 2