IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GEICO GENERAL INSURANCE | ) |
| COMPANY, d\b\a GEICO, | ) |
| | ) |
| Defendant.) | |
| _____) | Case No. A03-0183 CV (JWS) |

### ORDER GRANTING MOTION TO ACCEPT LATE FILING

THIS COURT, having reviewed defendant's Motion to Accept Late Filing, and any and all opposition thereto, finds the motion well taken. The motion is GRANTED. The Reply to the Opposition to the Motion for Offset is accepted as filed.

DATED this _____ day of _____ 2006.

_____
Honorable John W. Sedwick
UNITED STATES DISTRICT COURT JUDGE

<u>*CERTIFICATE OF SERVICE*</u>
I hereby certify that on the
7th day of March 2006, a copy
of foregoing Defendant's Proposed
Order Granting Motion
to Accept Late File was served
electronically on the following:

Jeff Barber, Esq.
Law Offices of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE


By: s/Rebecca J. Hozubin
2000.232/plead/Mtn late file 2- Order