JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK  99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE,             )<br>                                                   )<br>                    Plaintiff,         )<br>                                                   )<br>vs.                                              )<br>                                                   )<br>Government Employees          )<br>Insurance      Company,         )<br>d\b\a GEICO,                             )<br>                                                   )<br>                    Defendant.      )<br>_____ ) | Case No. 3:03-cv-00183-JWS |

### REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR COSTS

The Federal Form A80 Bill of Costs is filed herewith reflecting the costs earlier submitted by affidavit, less some of the copying charges and expert witness fees that were included but apparently not compensable, for a revised cost bill of $3,166.16. Receipts are attached to the Form.  Plaintiff's Counsel represents that the clerks office

advised us that since the Motion for Costs was already filed, the Court would schedule any cost hearing.

GEICO is not the prevailing party as set forth in the Reply to Defendant's Opposition to Plaintiff's Motion for Attorney Fees.

"Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case" are allowable costs pursuant to 28 USC § 1920(2). Plaintiff's costs to the court reporter for obtaining transcripts are compensable, and the cost of video where video testimony was presented in court should also be allowed pursuant to conventional application of this rule.

Plaintiff requests the court to find her the prevailing party and set a cost hearing to award her costs.

DATED at Anchorage, Alaska this 9th day of March, 2006.

LAW OFFICE OF STEVE M. SIMS
Attorney for Plaintiff

By:   s/ JEFFREY J. BARBER
821 N Street Suite 103
Anchorage   AK 99501
Phone: (907) 276-5858
Fax: (907) 276-5817
Email: jbarber@alaskainjury.com
ABA No.: 0111058

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on March 9, 2006 a copy of the foregoing
Plaintiff's Motion for Attorney's Fees was served electronically on:
Rebecca Hozubin
I Further certify that the typeface used in the
foregoing document is Times New Roman 13.

S/   JEFFREY J. BARBER