FEES FOR SERVICE OF SUMMONS AND SUBPOENA

| | |
|---|---|
| Serve Division of Insurance for Geico | 25.00 |
| Serve Subpoena Dr. Chisholm (Wasilla) | |
| 1st time | 68.26 |
| 2nd time | 51.60 |
| Serve Subpoena Dr. Chester | 45.00 |

LAW OFFICES OF
**STEVE SIMS**
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501

Steve M. Sims
Jeff J. Barber

PHONE: (907) 276-5858
FAX: (907) 276-5817

July 16, 2003

Director of Insurance
P O Box 110805
Juneau, AK 99811

Re: Theresa Ooten Maule v. Geico Insurance

Dear Director:

    Enclosed are two copies of the Summons and the Complaint. A check for $25 is also enclosed. Please serve Geico Insurance Company.

    Thank you.

                            Sincerely yours,



                            STEVE M. SIMS

em
2154/L DirIns Serve
Enclosures

SERVE: Certified Mail (Not Restricted)
        Check payable to: Director of Insurance $25.00

Diane Raynor
5532 W 22nd Ave
Anchorage, AK 99502

3552

| CUSTOMER'S ORDER NO. | | DEPT. | | DATE: 1 25 06 |
|---|---|---|---|---|
| NAME: Jeff Barber, Law Office of Steve Sims | | | | |
| ADDRESS: 821 N St, Suite 103 | | | | |
| CITY, STATE, ZIP: Anchorage AK 99501 | | | | |

| SOLD BY: | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | 1 | Maule v Geiko | | |
| | 2 | Subpoena deliver | | 45 00 |
| | 3 | | | |
| | 4 | | | |
| | 5 | Thank you | | |
| | 6 | | | |
| | 7 | | | |
| | 8 | | | |
| | 9 | | | |
| | 10 | | | |
| | 11 | | | |
| | 12 | | | |
| | 13 | | | |

RECORD OF PAYMENT OR EMPLOYEE PAY STATEMENT

12608

~ Forty five + no/oo ~

2/13/06 Diane Raynor

Maule v Geiko subp.                45.00

NOT NEGOTIABLE

Form No. GA-4-8PD



NORTH COUNTRY PROCESS. INC.

P.O. Box 101126
Anchorage, AK 99510
(907) 274-2023

ncpi@alaska.net

# STATEMENT

| DATE |
| --- |
| 2/1/2006 |

| TO: |
| --- |

STEVE SIMS, ATTORNEY
821 N STREET, SUITE 103
ANCHORAGE, AK  99501

*Maule*

| | DUE DATE: | AMOUNT DUE |
| --- | --- | --- |
| | 2/16/2006 | $119.86 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 01/01/2006 | Balance forward | | 0.00 |
| 02/01/2006 | INV #4/1/7173 bi. | 119.86 | 119.86 |
| | --- SERVICE $119.86 | | |

*2 services*
*on Maule*

*RECORD OF PAYMENT OR EMPLOYEE PAY STATEMENT*

*One Hundred*

*North Country Process*

*24*

*NOT NEGOTIABLE*

No. GA-4-BPD