FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE
TRANSCRIPT NECESSARILY OBTAINED FOR USE IN CASE

| | |
|---|---:|
| Theresa Maule - Computer Matrix - Transcript of Depo - | 75.00 |
|   Copy of Video Tape Maule deposition | 15.00 |
| R & R Duplicate of Maule IME tape | 25.00 |
| Sue Smith-Computer Matrix - Take Deposition w/copies | |
|   of transcript and tape | 404.25 |
| Dr. Throckmorten & Dr. Woodward- Video portion of depo & tape | 100.00 |
| Dr. Throckmorten - Transcript (Original and copy) | 265.50 |
| Dr. Throckmorten - Edit Deposition | 45.00 |
| Dr. Throckmorten - Copy of video | 15.00 |
| Dr. Woodward - Transcript (Original and copy) | 356.25 |
| Dr. Gerlay - Video portion of depo | 160.00 |
| Dr. Gerlay - Copy of transcript | 127.00 |

3:03-cv-0183 (JWS)
BILL OF COSTS- ATTACHMENT

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/17/2006 | 6159 |

**BILL TO**

Mr. Jeff Barber
Law Office of Steve Sims
Attorneys at Law
821 N Street, Suite 103
Anchorage, AK  99501

RECEIVED

LAW OFFICES
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maule v. GEICO<br>A03-0183 Civil<br>VTR Deposition of<br>Teresa L. Maule - 6/9/04<br>Copy of transcript (per page) | 60 | 1.25 | 75.00 |

It's a pleasure working with you!

WE ACCEPT VISA AND MASTERCARD

**Total** $75.00

**Computer Matrix Court Reporters, LLC**

# Invoice

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|---|---|
| 6/21/2004 | 3951 |

BILL TO

Mr. Jeff Barber
Sims & Assoicates
Attorneys at Law
821 N Street, Suite 103
Anchorage, AK 99501

**RECEIVED**

JUN 29 2004

Law Offices
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maule v. GEICO  A03-0183 Civil  VTR Deposition of Maule  6/9/04 | | | |
| Videotape(s) | 1 | 15.00 | 15.00 |

It's a pleasure working with you!

WE ACCEPT VISA AND
MASTERCARD

**Total** $15.00

STATEMENT
R & R COURT REPORTERS, INC.
810 N STREET, #101
ANCHORAGE, ALASKA 99501
(907) 277-0572
EMPLOYER ID NO. 92-0091345

N° 142831

August 3, 2004
DATE

Mr. Steve M. Sims
Law Offices of Steve Sims
Attorneys at Law
821 N St., Suite 103
Anchorage, AK  99501

RECEIVED
AUG 0 3 2004
Law Offices
STEVE M. SIMS

DETACH AND MAIL WITH YOUR CHECK.    YOUR CANCELLED CHECK IS YOUR RECEIPT.

IN CAUSE NO. _____

VS.

DEPOSITION OF Videotape duplication, 8/3/4

TOTAL $25.00
PLUS TAX _____
AMT. DUE $25.00

REMARKS: Duplicate of Ooten/Mavle IME.  ok wes

Thank you, R & R.

PAID BY CHECK NO. _____
DATE _____

N° 142831

Color Art Printing, Anchorage

# Invoice

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|---|---|
| 9/29/2004 | 4319 |

**BILL TO**

Mr. Jeff Barber
Law Office of Steve Sims
Attorneys at Law
821 N Street, Suite 103
Anchorage, AK  99501

RECEIVED
OCT 01 2004
LAW OFFICE
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maule v. GEICO | | | |
| A03-0183 Civil | | | |
| Deposition of Sue Smith | | | |
| 9/16/04 | | | |
| | | | |
| Setup VTR Equipment | 1 | 10.00 | 10.00 |
| Recording time (per hour) | 2.5 | 30.00 | 75.00 |
| Original & Copy (per page) | 89 | 3.25 | 289.25 |
| Videotape(s) | 2 | 15.00 | 30.00 |

It's a pleasure working with you!

**Total** $404.25

WE ACCEPT VISA AND MASTERCARD

# Computer Matrix Court Reporters, LLC

# Invoice

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|---|---|
| 7/31/2004 | 4112 |

**BILL TO**

Mr. Jeff Barber
Sims & Assoicates
Attorneys at Law
821 N Street, Suite 103
Anchorage, AK  99501

**RECEIVED**

AUG 0 3 2004

Law Offices
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maule v. GEICO | | | |
| A03-0183 Civil | | | |
| VTR Deposition of Stan Throckmorton, D.C. | | | |
| 7/29/04 | | | |
| Setup VTR Equipment | 1 | 10.00 | 10.00 |
| Recording time (per hour) | 1.5 | 30.00 | 45.00 |
| Videotape(s) | 1 | 15.00 | 15.00 |
| VTR Deposition of | | | |
| Dr. Andrew Woodward - 7/30/04 | | | |
| Videotape(s) | 2 | 15.00 | 30.00 |

It's a pleasure working with you!

**Total** $100.00

WE ACCEPT VISA AND
MASTERCARD

Computer Matrix Court Reporters, LLC

# Invoice

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|---|---|
| 12/4/2005 | 5997 |

**BILL TO**

Mr. Jeff Barber
Law Office of Steve Sims
Attorneys at Law
821 N Street, Suite 103
Anchorage, AK  99501

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maule v. GEICO | | | |
| A03-0183 Civil | | | |
| Deposition of | | | |
| Anthony H. Woodward, M.D. | | | |
| 7/30/04 | | | |
| Original & Copy (per page) | 95 | 3.75 | 356.25 |
| | | | |
| Stanley Thorckmorton | | | |
| 7/29/05 | | | |
| Original & Copy (per page) | 70 | 3.75 | 262.50 |
| Exhibits | 12 | 0.25 | 3.00 |

It's a pleasure working with you!

**Total** $621.75

WE ACCEPT VISA AND MASTERCARD

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/26/2006 | 6182 |

**BILL TO**

Mr. Jeff Barber
Law Office of Steve Sims
Attorneys at Law
821 N Street, Suite 103
Anchorage, AK 99501

*RECEIVED JAN 27 2006 Law Offices STEVE M. SIMS*

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maule v. GEICO | | | |
| A03-0183 Civil | | | |
| Edit VTR of | | | |
| Dr. S. Throckmorton | | | |
| Editing time (per hour) | 1 | 30.00 | 30.00 |
| Videotape(s) | 1 | 15.00 | 15.00 |

It's a pleasure working with you!

**Total** $45.00

**WE ACCEPT VISA AND MASTERCARD**

# Invoice

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|---|---|
| 1/27/2006 | 6188 |

**BILL TO**

Mr. Jeff Barber
Law Office of Steve Sims
Attorneys at Law
821 N Street, Suite 103
Anchorage, AK  99501

RECEIVED
JAN 3 0 2006
LAW OFFICE
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maule v. GEICO<br>A03-0183 Civil<br>Edit VTR of<br>Dr. S. Throckmorton<br>(Duplicate)<br>Videotape(s) | 1 | 15.00 | 15.00 |

It's a pleasure working with you!

**Total** $15.00

WE ACCEPT VISA AND MASTERCARD

**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/30/2004 | 4220 |

copy
2154

**BILL TO**

Mr. Jeff Barber
Sims & Assoicates
Attorneys at Law
821 N Street, Suite 103
Anchorage, AK  99501

RECEIVED
AUG 3 1 2004
LAW OFFICE
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maule v. GEICO  A03-0183 Civil  VTR Deposition of Dr. Gerlay  8/12/04 | | | |
| Setup VTR Equipment | 1 | 10.00 | 10.00 |
| Recording time (per hour) | 2.5 | 30.00 | 75.00 |
| Recording time (Overtime) (per hour) | 1 | 45.00 | 45.00 |
| Videotape(s) | 2 | 15.00 | 30.00 |

It's a pleasure working with you!

**Total  $160.00**

WE ACCEPT VISA AND MASTERCARD

Computer Matrix Court Reporters, LLC

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/6/2005 | 6013 |

**BILL TO**

Mr. Jeff Barber
Law Office of Steve Sims
Attorneys at Law
821 N Street, Suite 103
Anchorage, AK  99501

**RECEIVED**

DEC 0 6 2005

Law Offices
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maule v. GEICO<br>A03-0183 Civil<br>VTR Deposition of<br>Gary S. Gerlay - 8/12/04 | | | |
| Copy of transcript (per page) | 90 | 1.25 | 112.50 |
| Exhibits | 58 | 0.25 | 14.50 |

It's a pleasure working with you!

**Total** $127.00

WE ACCEPT VISA AND MASTERCARD