FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THIS CASE

<u>MEDICAL RECORDS</u>:

| | |
|---|---:|
| Gary Jasper ANP | 25.00 |
| Aurora Pain Management | 125.00 |
| Throckmorten Chiropractic | 40.00 |
| Back Pain Center of Alaska | 50.00 |

CARY JASPER  A.N.P., N.D.
1407 W 31ST  4TH FLOOR
ANCHORAGE, AK 99503
907-276-4611

March 11, 2005

TO: STEVE SIMS
    821 "N" ST #103

    ANCHORAGE, AK 99501

Patient: **SIMS, STEVE**                          Acct#: STEV5595

| Date | Code | Description | Charges | Credits | Payable Now | Ins[1] |
|---|---|---|---|---|---|---|
| 03/11/05 | RECORD | CHARGES FOR COPIES OF CHAR | 25.00 | | 25.00 | |
| 03/11/05 | | THERESA MAULE | | | | |

Pay This Amount:    $25.00

---

[1] Insurance Codes (INS):
    A - Your insurance company has been sent an insurance claim. You are responsible for these charges.
    B - Your insurance company has been billed. You are currently responsible for the payable now amount.
    P - We have received payment/response from your insurance company, please pay the payable now amount.

1

| Current | Over 30 | Over 60 | Over 90 | Over 120 | Acct. Bal |
|---|---|---|---|---|---|
| 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 |

AURORA PAIN MANAGEMENT

GARY S. GERLAY M.D.
P.O. BOX 230008
ANCHORAGE, AK. 995523-0008

# Invoice

| Date | Invoice # |
|---|---|
| 12/3/2003 | 2486 |

**Bill To**

LAW OFFICE STEVE SIMS
821 "N" ST., SUITE 103
ANCHORAGE, AK. 99501

RECEIVED
DEC 05 2003
LAW OFFICE
STEVE M. SIMS

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Copy of medical records for Theresa (Ooten) Maule DOB 12/8/75 SSN 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 | 125.00 | 125.00 |

TAX ID # 85-0385075

**Total** $125.00

LAW OFFICES OF
**STEVE SIMS**
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501

Steve M. Sims
Jeffrey J. Barber

PHONE: (907) 276-5858
FAX: (907) 276-5817

February 3, 2004

Throckmorten Chiropractic
**ATTN: Medical Records/Patient Accounts**
2006 E. Northern Lights Blvd.
Anchorage, AK 99508

Re:  Patient:       THERESA (OOTEN) MAULE
     SS #:          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
     DOB:           12/08/75

To Whom It May Concern:

Enclosed is a medical release.  Please send a photocopy of the following on the above-named patient :

1. <u>Complete</u> medical records, including correspondence or other materials relating to any treatment of the patient, before and after the accident date.  This means a copy of **every** document in the patient's medical file for **any** treatments at any time **including** those not prepared by you.
2. Physical therapy chart notes, if any.
3. A copy of your statements reflecting charges made by you for the patient's treatment.

Enclosed please find a check for $40.00, your fee for this service.  Please be sure to include item number 3.  If you have any questions concerning this request, please contact me at 276-5858.  Thank you for your prompt assistance.

Sincerely,

Angela C. Miller
Legal Assistant

2154/ML Throckmorton
Enclosure

# BACK PAIN CENTER OF ALASKA

DATE:     FEB.9, 2004

NAME:     STEVE SIMS
          821 N STREET SUITE 103
          ANCHORAGE, AK 99501

OUR PATIENT:     THERESA OOTEN MAULE

| DATE | DESCRIPTION | TOTAL |
|------|-------------|-------|
| 2-9-04 | Medical Records | $50.00 |

REMIT:  BACK PAIN CENTER OF ALASKA
        4048 LAUREL STREET SUITE 202
        ANCHORAGE, AK 99508

(907) 561-1711

FED ID # 92-0157363

RECEIVED
FEB 1 2 2004
Law Offices
STEVE M. SIMS