JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK 99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| TERESA OOTEN MAULE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Government Employees Insurance Company, d\b\a GEICO, | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | Case No. 3:03-cv-00183-JWS |

**OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S COST BILL**

The Federal Form A80 Bill of Costs is filed today with the Reply to Defendant's Opposition to Plaintiff's Motion for Costs, reflecting the costs earlier submitted by affidavit, less some of the copying charges and expert witness fees that

were included but apparently not compensable, for a revised cost bill of $3,166.16. Receipts are attached to the Form. Plaintiff's Counsel represents that the clerks office advised us that since the Motion for Costs was already filed, the Court would schedule any cost hearing.

        GEICO's Motion to Strike is unnecessary and should be denied.

        DATED at Anchorage, Alaska this 9th day of March, 2006.

                LAW OFFICE OF STEVE M. SIMS
                Attorney for Plaintiff

                By:  s/ JEFFREY J. BARBER
                     821 N Street Suite 103
                     Anchorage   AK 99501
                     Phone: (907) 276-5858
                     Fax: (907) 276-5817
                     Email: jbarber@alaskainjury.com
                     ABA No.: 0111058

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on March 9, 2006 a copy of the foregoing
Opposition to Defendant's Motion to Strike Plaintiff's
Cost Bill was served electronically on:

Rebecca Hozubin

I Further certify that the typeface used in the
foregoing document is Times New Roman 13.

S/   JEFFREY J. BARBER