JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK   99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE,                )<br>                                                      )<br>                      Plaintiff,           )<br>                                                      )<br>vs.                                                 )<br>                                                      )<br>Government Employees          )<br>Insurance     Company,           )<br>d\b\a GEICO,                              )<br>                                                      )<br>                      Defendant.       )<br>_____ ) | Case No. A03-0183 CV (JWS) |

### ORDER DENYING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR COSTS

The Court, having considered Defendant's Motion to Strike Plaintiff's

Motion for Costs, Plaintiff's Opposition, and being fully advised in the premises:

//

2154 / 67 Order
Page 1

The Court finds that any deficiency created by filing an affidavit instead of the court's bill of cost form is alleviated by plaintiff filing the court's bill of cost form and attaching receipts to that form.

IT IS HEREBY ORDERED that Defendant's Motion to Strike Plaintiff's Motion for Costs is DENIED.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
JOHN W. SEDWICK
US District Court Judge

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on March 9, 2006 a copy of the foregoing
Order Denying Defendant's Motion to Strike Plaintiff's
Cost Bill was served electronically on:

Rebecca Hozubin

I Further certify that the typeface used in the
foregoing document is Times New Roman 13.

S/   JEFFREY J. BARBER