FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE
TRANSCRIPT NECESSARILY OBTAINED FOR USE IN CASE

| | |
|---|---:|
| Theresa Maule - Computer Matrix - Transcript of Depo - | 75.00 |
|   Copy of Video Tape Maule deposition | 15.00 |
| R & R Duplicate of Maule IME tape | 25.00 |
| Sue Smith-Computer Matrix - Take Deposition w/copies | |
|   of transcript and tape | 404.25 |
| Dr. Throckmorten & Dr. Woodward- Video portion of depo & tape | 100.00 |
| Dr. Throckmorten - Transcript (Original and copy) | 265.50 |
| Dr. Throckmorten - Edit Deposition | 45.00 |
| Dr. Throckmorten - Copy of video | 15.00 |
| Dr. Woodward - Transcript (Original and copy) | 356.25 |
| Dr. Gerlay - Video portion of depo | 160.00 |
| Dr. Gerlay - Copy of transcript | 127.00 |

3:03-cv-0183 (JWS)
BILL OF COSTS- ATTACHMENT

**Computer Matrix Court Reporters, LLC**

# Invoice

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|------|-----------|
| 1/17/2006 | 6159 |

**BILL TO**

**Mr. Jeff Barber**
**Law Office of Steve Sims**
**Attorneys at Law**
**821 N Street, Suite 103**
**Anchorage, AK  99501**

RECEIVED

STEVEN SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| **Maule v. GEICO** | | | |
| **A03-0183 Civil** | | | |
| **VTR Deposition of** | | | |
| **Teresa L. Maule - 6/9/04** | | | |
| **Copy of transcript (per page)** | 60 | 1.25 | 75.00 |

It's a pleasure working with you!

**Total**

$75.00

**WE ACCEPT VISA AND MASTERCARD**

**Computer Matrix Court Reporters, LLC**

# Invoice

3522 West 27th Avenue
Anchorage. AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|------|-----------|
| **6/21/2004** | **3951** |

BILL TO

**Mr. Jeff Barber**
**Sims & Assoicates**
**Attorneys at Law**
**821 N Street, Suite 103**
**Anchorage, AK  99501**

## RECEIVED

JUN 2 9 2004

Law Offices
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| **Maule v. GEICO** | | | |
| **A03-0183 Civil** | | | |
| **VTR Deposition of Maule** | | | |
| **6/9/04** | | | |
| **Videotape(s)** | **1** | **15.00** | **15.00** |

**It's a pleasure working with you!**

**WE ACCEPT VISA AND
MASTERCARD**

**Total**          **$15.00**

STATEMENT

## R & R COURT REPORTERS, INC.

810 N STREET, #101

ANCHORAGE, ALASKA 99501

(907) 277-0572

EMPLOYER ID NO. 92-0091345

№ 142831

August 3, 2004
DATE

Mr. Steve M. Sims
Law Offices of Steve Sims
Attorneys at Law
821 N St., Suite 103
Anchorage, AK 99501

RECEIVED

AUG 0 3 2004

Law Offices
STEVE M. SIMS

DETACH AND MAIL WITH YOUR CHECK.    YOUR CANCELLED CHECK IS YOUR RECEIPT.

IN CAUSE NO. _____

_____

VS.

_____

DEPOSITION OF _Videotape duplication, 8/3/4_

TOTAL _$25.00_

PLUS TAX _____

AMT. DUE _$25.00_

ok wes

REMARKS: Duplicate of Ooten/Mavle IME.

Thank you, R & R.

PAID BY CHECK NO. _____

DATE _____

№ 142831

Color Art Printing, Anchorage

Computer Matrix Court Reporters, LLC

# Invoice

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|------|-----------|
| 9/29/2004 | 4319 |

**BILL TO**

Mr. Jeff Barber
Law Office of Steve Sims
Attorneys at Law
821 N Street, Suite 103
Anchorage, AK 99501

RECEIVED

OCT 01 2004

LAW OFFICE
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Maule v. GEICO<br>A03-0183 Civil<br>Deposition of Sue Smith<br>9/16/04 | | | |
| Setup VTR Equipment | 1 | 10.00 | 10.00 |
| Recording time (per hour) | 2.5 | 30.00 | 75.00 |
| Original & Copy (per page) | 89 | 3.25 | 289.25 |
| Videotape(s) | 2 | 15.00 | 30.00 |

It's a pleasure working with you!

**Total** $404.25

WE ACCEPT VISA AND MASTERCARD

**Computer Matrix Court Reporters, LLC**

# Invoice

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|------|-----------|
| **7/31/2004** | **4112** |

BILL TO

**Mr. Jeff Barber**
**Sims & Assoicates**
**Attorneys at Law**
**821 N Street, Suite 103**
**Anchorage, AK  99501**

RECEIVED

AUG 0 3 2004

Law Offices
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| **Maule v. GEICO** | | | |
| **A03-0183 Civil** | | | |
| **VTR Deposition of Stan Throckmorton, D.C.** | | | |
| **7/29/04** | | | |
| **Setup VTR Equipment** | 1 | 10.00 | 10.00 |
| **Recording time (per hour)** | 1.5 | 30.00 | 45.00 |
| **Videotape(s)** | 1 | 15.00 | 15.00 |
| **VTR Deposition of** | | | |
| **Dr. Andrew Woodward - 7/30/04** | | | |
| **Videotape(s)** | 2 | 15.00 | 30.00 |

**It's a pleasure working with you!**

**Total**   **$100.00**

**WE ACCEPT VISA AND**
**MASTERCARD**

**Computer Matrix Court Reporters, LLC**

# Invoice

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|------|-----------|
| 12/4/2005 | 5997 |

BILL TO

**Mr. Jeff Barber**
**Law Office of Steve Sims**
**Attorneys at Law**
**821 N Street, Suite 103**
**Anchorage, AK  99501**

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| **Maule v. GEICO** | | | |
| **A03-0183 Civil** | | | |
| **Deposition of** | | | |
| **Anthony H. Woodward, M.D.** | | | |
| **7/30/04** | | | |
| **Original & Copy (per page)** | 95 | 3.75 | 356.25 |
| | | | |
| **Stanley Thorckmorton** | | | |
| **7/29/05** | | | |
| **Original & Copy (per page)** | 70 | 3.75 | 262.50 |
| **Exhibits** | 12 | 0.25 | 3.00 |

It's a pleasure working with you!

**Total**   ($621.75)

**WE ACCEPT VISA AND MASTERCARD**

**Computer Matrix Court Reporters, LLC**

# Invoice

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|------|-----------|
| 1/26/2006 | 6182 |

**BILL TO**

**Mr. Jeff Barber**
**Law Office of Steve Sims**
**Attorneys at Law**
**821 N Street, Suite 103**
**Anchorage, AK  99501**

RECEIVED
JAN 2 7 2006
Law Offices
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| **Maule v. GEICO** | | | |
| **A03-0183 Civil** | | | |
| **Edit VTR of** | | | |
| **Dr. S. Throckmorton** | | | |
| **Editing time (per hour)** | **1** | **30.00** | **30.00** |
| **Videotape(s)** | **1** | **15.00** | **15.00** |

**It's a pleasure working with you!**

**Total** | **$45.00**

**WE ACCEPT VISA AND MASTERCARD**

Maule

Computer Matrix Court Reporters, LLC

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/27/2006 | 6188 |

| BILL TO |
|---|
| Mr. Jeff Barber<br>Law Office of Steve Sims<br>Attorneys at Law<br>821 N Street, Suite 103<br>Anchorage, AK 99501 |

RECEIVED
JAN 30 2006
LAW OFFICE
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maule v. GEICO<br>A03-0183 Civil<br>Edit VTR of<br>Dr. S. Throckmorton<br>(Duplicate)<br>Videotape(s) | 1 | 15.00 | 15.00 |

| It's a pleasure working with you! | Total | $15.00 |
|---|---|---|

WE ACCEPT VISA AND MASTERCARD

ok wls

**Computer Matrix Court Reporters, LLC**

# Invoice

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|------|-----------|
| 8/30/2004 | 4220 |

2154

BILL TO

**Mr. Jeff Barber**
**Sims & Assoicates**
**Attorneys at Law**
**821 N Street, Suite 103**
**Anchorage, AK 99501**

RECEIVED

AUG 3 I 2004

LAW OFFICE
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| **Maule v. GEICO**<br>**A03-0183 Civil**<br>**VTR Deposition of Dr. Gerlay**<br>**8/12/04** | | | |
| **Setup VTR Equipment** | 1 | 10.00 | 10.00 |
| **Recording time (per hour)** | 2.5 | 30.00 | 75.00 |
| **Recording time (Overtime) (per hour)** | 1 | 45.00 | 45.00 |
| **Videotape(s)** | 2 | 15.00 | 30.00 |

**It's a pleasure working with you!**

**Total**    $160.00

**WE ACCEPT VISA AND**
**MASTERCARD**

Computer Matrix Court Reporters, LLC

# Invoice

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|------|-----------|
| 12/6/2005 | 6013 |

BILL TO

**Mr. Jeff Barber**
**Law Office of Steve Sims**
**Attorneys at Law**
**821 N Street, Suite 103**
**Anchorage, AK  99501**

RECEIVED

DEC 0 6 2005

Law Offices
STEVE M. SIMS

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| **Maule v. GEICO** | | | |
| **A03-0183 Civil** | | | |
| **VTR Deposition of** | | | |
| **Gary S. Gerlay - 8/12/04** | | | |
| | | | |
| Copy of transcript (per page) | 90 | 1.25 | 112.50 |
| Exhibits | 58 | 0.25 | 14.50 |

**It's a pleasure working with you!**

**Total** $127.00

**WE ACCEPT VISA AND MASTERCARD**