FEES AND DISBURSEMENTS FOR PRINTING
    In-House Copies 5982 @ .15    897.30
    Minuteman Press - Prepare Exhibits    12.00
    Minuteman Press - Bind Exhibits    9.00

3:03-cv-0183 (JWS)
BILL OF COSTS- ATTACHMENT

DEPARTMENT CODE LIST
TIME    :'05-12-15 06:27

| DEPT NO. | DEPARTMENT | DEPT.CODE | COPY | PRINTER | FAX&LIST | TOTAL | FAX TX | FAX RX |
|---|---|---|---|---|---|---|---|---|
| D 053 | OOTEN-MAULE | 02154 | 5982 | 0 | 0 | 5982 | 0 | 0 |

PRINTING COUNTER

| COPY | PRINTER | FAX&LIST | TOTAL PRINT |
|---|---|---|---|
| 211368 | 0 | 227 | 211595 |

SCANNING COUNTER

| COPYING | DSS SCANNING | FAX SCANNING | TOTAL SCANNING |
|---|---|---|---|
| 175331 | 0 | 0 | 175331 |

*In house Copies*

**MINUTEMAN PRESS**

## Invoice

RECEIVED

LAMPRECHT ENTERPRISE, INC.
dba MINUTEMAN PRESS
1317 E. 75th Ave., Unit 1
Anchorage, AK 99518
Phone: 561-COPY (2679)  FAX: 561-2690
Website: www.anchorage.minutemanpress.com

| | |
|---|---|
| Invoice Number: | 17485 |
| Invoice Date: | 1/23/2006 |

Law Offices
STEVE M. SIMS

**Bill To:** Law Offices Of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK 99501

ATTN: Nancy Or Angie

Ph: 276-5858
Fax: 276-5817

**Ship To:** Law Offices Of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK 99501

ATTN: Nancy Or Angie

Ph: 276-5858
Fax: 276-5817

Free pick-up and delivery in the Anchorage Bowl.
You can send your digital files via the Internet
at www.anchorage.minutemanpress.com

| | Description | Price |
|---|---|---|
| 3 | Exhibit Prep (Order #33003) | $9.00 |

|  |  |
|---|---|
| Sub Total | $9.00 |
| Balance Due | $9.00 |

---

RECORD OF PAYMENT OR EMPLOYEE PAY STATEMENT

12562

NOT NEGOTIABLE

Form No. GA-4-8PC

**MINUTEMAN PRESS**

# Invoice

LAMPRECHT ENTERPRISE, INC.
dba MINUTEMAN PRESS
1317 E. 75th Ave., Unit 1
Anchorage, AK 99518
Phone: 561-COPY (2679)  FAX: 561-2690
Website: www.anchorage.minutemanpress.com

| | |
|---|---|
| Invoice Number: | 17501 |
| Invoice Date: | 1/24/2006 |

**Bill To:** Law Offices Of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK 99501

ATTN: Nancy Or Angie

Ph: 276-5858
Fax: 276-5817

**Ship To:** Law Offices Of Steve M. Sims
821 N Street, Suite 103
Anchorage, AK 99501

ATTN: Nancy Or Angie

Ph: 276-5858
Fax: 276-5817

Free pick-up and delivery in the Anchorage Bowl.
You can send your digital files via the Internet
at www.anchorage.minutemanpress.com

| Description | | Price |
|---|---|---|
| 4 | Exhibit Prep (Order #33018)  MAULE | $12.00 |
| | Sub Total | $12.00 |
| | Balance Due | $12.00 |

RECORD OF PAYMENT OR EMPLOYEE PAY STATEMENT

12626

NOT NEGOTIABLE

Form No. GA-4-BPD