FEES FOR WITNESSES
Expert Witnesses:
    Dr. Chisholm
        Witness fee with subpoena    $40.00
        Witness fee with subpoena     40.00
        Expert fee    800.00
    Dr. Chester
        Witness fee with subpoena     40.00
        Expert Fee    350.00

RECORD OF PAYMENT OR EMPLOYEE PAY STATEMENT

12560

— Forty and no/100 —

1/23/06  David Chisholm M.D.          Witness Fee          40.00

NOT NEGOTIABLE

Form No. GA-4-BPD

MULE

RECORD OF PAYMENT OR EMPLOYEE PAY STATEMENT

1

Forty + no/００ ————

1/24/06  Donna Chester, M.D.           Maude - Witness

12569

NOT NEGOTIABLE

Form No. GA-J-BPD

$410.00
Check to
Donna Chester MD

Thanks

LAW OFFICES OF
**STEVE SIMS**
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501

Steve M. Sims
Jeff J. Barber

PHONE (907) 276-5858
FAX: (907) 276-5817

January 24, 2006

VIA MAIL & FAX: 907 357-6184

David R. Chisholm, MD
500 E Swanson Avenue, Suite 3
Wasilla, AK 99654
Phone: (907) 357-6180

RE:   Maule v. GEICO

Dear Dr. Chisholm:

   Enclosed is a check for $500.00 pursuant to charges your office manager specified.

   Thank you.

                                    Sincerely,
                                    LAW OFFICES OF STEVE SIMS

                                    JEFF BARBER
                                    Attorney at Law

*RECORD OF PAYMENT OR EMPLOYEE PAY STATEMENT*

12574

~ Five Hundred ~

1/26/0   David R Chisholm MD

Maule Witness

Form No. GA-1-3PD

*NOT NEGOTIABLE*

Steve M. Sims
Jeff J. Barber

LAW OFFICES OF
STEVE SIMS
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501

PHONE: (907) 276-5858
FAX: (907) 276-5817

February 13, 2006

David R. Chisholm, MD
500 E Swanson Avenue, Suite 3
Wasilla, AK 99654
Phone: (907) 357-6180

RE: Maule v. GEICO

Dear Dr. Chisholm:

    Enclosed is a check for $300 for the additional fees for testifying on behalf of Ms. Maule.

    Thank you for your assistance.

Sincerely,
LAW OFFICES OF STEVE SIMS

JEFF BARBER
Attorney at Law

nls
2154/L Chisholm4
Enclosure

---

RECORD OF PAYMENT OR EMPLOYEE PAY STATEMENT

12606

Three Hundred & no/100

David R. Chisholm MD

Maule fees                    300⁰⁰

NOT NEGOTIABLE

# STATEMENT

PLEASE MAKE CHECK PAYABLE TO

**FROM:**
NEW CONCEPTIONS WOMEN'S HEALTH CARE, P.C.
DONNA L. CHESTER, M.D.
2841 DeBarr Road, Suite 37
ANCHORAGE, AK 99508
(907) 279-2229  IRS# 92-0147173

RECEIVED

Law Offices
STEVEN S___

**CLOSING DATE** 12/07/05
**ACCOUNT NUMBER** 28459
**TOTAL ACCOUNT BALANCE** 350.—
**DUE FROM PATIENT** 350.—

CHARGES OR PAYMENTS MADE AFTER CLOSING DATE WILL APPEAR ON NEXT STATEMENT.

**RESPONSIBLE PARTY NAME**

THERESA L MAULE
2705 ARLINGTON DR
ANCHORAGE AK 99517

☐ PLEASE CHANGE ADDRESS IF INCORRECT

**AMOUNT ENCLOSED**

DETACH STUB AND RETURN WITH PAYMENT

---

Our Business Office bills your Insurance as a Courtsey
Account Balance is Your Responsibility and Due in 30 Days

| DATE | PAT. | PRO DR# | CODE | PRO DESC | DIAG CODE | INS. BILL DATE | CHARGE | PAID | ADJ | BAL |
|------|------|---------|------|----------|-----------|----------------|--------|------|-----|-----|
| 12/06/05 | THERESA | 1 | 99199 | UNLISTED SPECIAL SER | 000.2 | | 350.00 | | | 350.00 |

RECORD OF PAYMENT OR EMPLOYEE PAY STATEMENT

Page 1 of 1

NOT NEGOTIABLE

m No. GAN-BPD

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | DUE FROM PATIENT |
|---------|--------------|--------------|--------------|---------------|----------------------|-------------------|------------------|
| 332.00 | .00 | .00 | .00 | .00 | 332.00 | .00 | 350.00 |

CLOSING DATE: 12/07/05   ACCOUNT NUMBER: 28459