MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*TERESA OOTEN MAULE, et al.*    v.    *GOVERNMENT EMPLOYEES INSURANCE COMPANY*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:03-cv-00183-JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**        Date:  April 12, 2006

Defendant's motion for one day late filing at docket 182 is **GRANTED**.