MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*TERESA OOTEN MAULE, et al.*   v.   *GOVERNMENT EMPLOYEES INSURANCE COMPANY*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:03-cv-00183-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: April 14, 2006

    At docket 165, defendant asks the court to reduce the judgment in favor of plaintiff from $27,500 to $26,289 to account for a payment made by defendant on behalf of plaintiff in the amount of $1,211, which is in addition to the $30,000 which was originally established to have been the amount of payments made by defendant. The motion is fully briefed, and oral argument would not assist the court.

    As the parties know, the jury returned a verdict in favor of plaintiff for total compensatory damages in the amount of $57,000. However, on the special verdict form expressly accepted by both parties, the court told the jury that it should find the total of plaintiff's damages and that the court would then reduce whatever they found by $30,000 to account for payments made by defendant. The court cannot be certain the jury would have returned a verdict of $57,000 if the jury had been told that their verdict would be reduced by $31,211. Indeed, an examination of the special verdict form as it was completed by the jury (doc. 163) suggests that if the jury had been told the reduction would be $31,211, then the jury might well have filled in the blank for past medical expenses as $31,211, thereby still leaving plaintiff the $20,000 awarded for pain and suffering and the $7,500 awarded for breach of the covenant of good faith and fair dealing. The likelihood of such an outcome would have been bolstered by the confusing damages case presented by plaintiff's counsel.

    The motion at docket 165 is **DENIED**.