MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*TERESA OOTEN MAULE, et al.*   v.   *GOVERNMENT EMPLOYEES INSURANCE COMPANY*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:03-cv-00183-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date: April 20, 2006

    This order corrects the order at docket 191, section IV., subparagraph 1., as follows:

1. The motion at docket 167 is **GRANTED** as follows: Maule shall have judgment against GEICO for attorneys' fees in the amount of **$5,019.57.**