# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TERESA OOTEN MAULE,
      Plaintiff,

                          Case Number 3:03-cv-00183-JWS

v.

GOVERNMENT EMPLOYEES INSURANCE
CO., d/b/a GEICO
      Defendant.           **JUDGMENT IN A CIVIL CASE**

_XXX_   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_\_\_   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

that Plaintiff Teresa Ooten Maule, recover of defendant Government Employees Insurance Company, the sum of $27,500.00.

that _Teresa Ooten Maule_ shall recover from _Government Employees Insurance Co._ attorney's fees in the amount of $ _5,019.57_ and taxable costs in the amount of $ _____. Maule shall have judgment against Government Employees Insurance Co. for pre-judgment interest in the amount of $8,415.66, and the judgment in this case shall bear post-judgment interest pursuant to 28:1961.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

**REDACTED SIGNATURE**

Date: February 13, 2006

                        Ida Romack, Clerk of Court

[Jmt1-with fees and costs-revised 1-30-06]