JEFF BARBER
Law Offices of Steve Sims
821 N STREET, SUITE 103
ANCHORAGE, AK   99501
(907) 276-5858
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERESA OOTEN MAULE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GEICO GENERAL INSURANCE ) | |
| COMPANY, d\b\a GEICO, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. A03-0183 CV (JWS) |

**SATISFACTION OF JUDGMENT**

   WHEREAS, on April 20, 2006, a Judgment in the above-entitled action was recovered by plaintiff against defendant, in the amount of FORTY THOUSAND NINE HUNDRED THIRTY-FIVE DOLLARS and TWENTY THREE CENTS ($40,935.23);

   WHEREAS the parties agreed to the amount of costs to be paid to plaintiff, and the same was paid;

   WHEREAS said Judgment has been satisfied by the defendant;

   NOW, THEREFORE, satisfaction of the said Judgment is acknowledged and the Clerk of the Court is hereby directed to cancel and discharge the same.

DATED this 3rd day of May 2006.

        LAW OFFICES OF STEVE SIMS
        Attorney for Plaintiff

        By:  s/JEFFREY J. BARBER
              821 N Street Suite 103
              Anchorage   AK 99501
              Phone: (907) 276-5858
              Fax: (907) 276-5817
              E-mail: jeffb@alaskainjury.com
              ABA No.: 0111058

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on May 3, 2006 a copy of the foregoing Satisfaction of Judgment was served electronically on:

Rebecca Hozubin

I Further certify that the typeface used in the foregoing document is Times New Roman 13.

S/JEFFREY J. BARBER

2154/77 SATISFACTION OF JUDGMENT
Page 2